# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LUCKY BUCKS, LLC, *et al.*<br><br>    Debtors.[1] | Chapter 11<br><br>Case No. 23-10758 (KBO) |
| LB NEWHOLDCO, LLC and LUCKY BUCKS, LLC,<br><br> Plaintiffs,<br><br> v.<br><br>TRIVE CAPITAL MANAGEMENT LLC, TRIVE CAPITAL FUND III LP, TRIVE CAPITAL FUND III-A LP, TCFIII LUCK LP, TCFIII LUCK SPV LP, TCFIII LUCK ACQUISITION LLC, TCFIII LUCK HOLDINGS LLC, QUANTUM GAMING CORP., SOUTHERN STAR GAMING LLC, SHRAVAN THADANI, ANIL DAMANI, LBV27, LLC, LUCKY BUCKS VENTURES, INC., SHAFIK KASSAM, JAMES BOYDEN, RYAN BOUSKILL, MANU SEKHRI, SEVEN ACES HOLDINGS ULC AND HASSAN IJAZ,<br><br>    Defendants. | Adversary Proceeding<br><br>Adv. Proc. No. 25-50965 (KBO) |

**NOTICE OF WITHDRAWAL OF**
**MOTION TO FILE INFORMATION UNDER SEAL**

---

[1] The Debtors in the chapter 11 cases (the "Chapter 11 Cases"), when filed, along with the last four digits of each Debtor's federal identification number were: (i) Lucky Bucks, LLC (4376) and its Chapter 11 Case, the "Lucky Bucks Chapter 11 Case") and (ii) Lucky Bucks HoldCo, LLC (0081) and its Chapter 11 Case, the "HoldCo Chapter 11 Case" and together with the Lucky Bucks Chapter 11 Case, the "OpCo Chapter 11 Cases"). The HoldCo Chapter 11 Case was closed on September 25, 2024. While Lucky Bucks Holdings LLC (3221) ("Holdings" and its Chapter 11 Case, the "Holdings Chapter 11 Case") previously was also a Debtor, its case has since been converted to a chapter 7 liquidation. The Debtors' primary mailing address was 5820 Live Oak Parkway, Suite 300, Norcross, Georgia 30093.

**PLEASE TAKE NOTICE** that the *Motion to File Information Under Seal* [Adv. Docket No. 4] which was filed on June 5, 2025, is hereby withdrawn, without prejudice.

Dated: July 17, 2025

Respectfully Submitted,

**COLE SCHOTZ P.C.**

*/s/ Justin R. Alberto*
Justin R. Alberto (No. 5126)
Patrick J. Reilley (No. 4451)
Stacy L. Newman (No. 5044)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
Email: jalberto@coleschotz.com
Email: preilley@coleschotz.com
Email: snewman@coleschotz.com

**REID COLLINS & TSAI LLP**

William T. Reid, IV (to be admitted *pro hac vice*)
Gregory S. Schwegmann (to be admitted *pro hac vice*)
Jeremy H. Wells (to be admitted *pro hac vice*)
1301 S. Capital of Texas Highway, Suite C300
Austin, TX 78746
Telephone: (512) 647-6120
Facsimile: (512) 647-6129
Email: wreid@reidcollins.com
Email: gschwegmann@reidcollins.com
Email: jwells@reidcollins.com
Email: asomers@reidcollins.com

Angela Somers (to be admitted *pro hac vice*)
420 Lexington Avenue, Suite 2731
New York, New York 10170
Telephone: (212) 344-5200
Facsimile: (212) 344-5299
Email: asomers@reidcollins.com

*Counsel to LB NewHoldCo, LLC and Lucky Bucks, LLC*