# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LUCKY BUCKS, LLC, *et al*.<br><br>*Debtors*. | Chapter 11<br><br>Case No. 23-10758 (KBO) |
| LB NEWHOLDCO, LLC and LUCKY BUCKS, LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>TRIVE CAPITAL MANAGEMENT LLC, TRIVE CAPITAL FUND III LP, TRIVE CAPITAL FUND III-A LP, TCFIII LUCK LP, TCFIII LUCK SPV LP, TCFIII LUCK ACQUISITION LLC, TCFIII LUCK HOLDINGS LLC, QUANTUM GAMING CORP., SOUTHERN STAR GAMING LLC, SHRAVAN THADANI, ANIL DAMANI, LBV27, LLC, LUCKY BUCKS VENTURES, INC., SHAFIK KASSAM, JAMES BOYDEN, RYAN BOUSKILL, MANU SEKHRI, SEVEN ACES HOLDINGS ULC AND HASSAN IJAZ,<br><br>*Defendants*. | Adversary Proceeding<br><br>Adv. Proc. No. 25-50965 (KBO) |

**CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING JOINT STIPULATION REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' ANTICIPATED MOTION TO DISMISS**

The undersigned certifies that:

1. On June 2, 2025, plaintiffs LB NewHoldCo, LLC and Lucky Bucks, LLC ("Plaintiffs"), filed the complaint ("Complaint") in the above-captioned adversary proceeding (the "Action") [Adv. Docket No. 1];

2. The undersigned counsel for the indicated defendant groups (collectively, the "Defendants"), and the Plaintiffs (collectively, with the Defendants, the "Parties") have met and

conferred and have agreed that good cause exists to extend the time for Defendants to respond to the Complaint, and the Parties have entered into a stipulation so providing (the "Stipulation").

4. The undersigned further certifies that attached hereto as **Exhibit A** is an order (the "Order") approving the Stipulation, which is attached as Exhibit 1 to the Order. The Stipulation, by its terms, is not effective until entry of the Order.

5. The Parties respectfully request entry of the Order authorizing the Stipulation.

Dated: July 25, 2025
Wilmington, Delaware

**POTTER ANDERSON & CORROON LLP**

*/s/ James R. Risener III*
M. Blake Cleary (No. 3614)
Jesse L. Noa (No. 5973)
James R. Risener III (No. 7334)
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801-6108
Phone: (302) 984-6026
Email: bcleary@potteranderson.com
jnoa@potteranderson.com
jrisener@potteranderson.com

-and-

**ALLEN OVERY SHEARMAN STERLING US LLP**
C. Luckey McDowell
Ian E. Roberts
Jacob Fields
2601 Olive St 17th Floor
Dallas, Texas 75201
Phone: (214) 271-5777
Email: luckey.mcdowell@aoshearman.com
ian.roberts@aoshearman.com
jacob.fields@aoshearman.com

-and-

Samuel Cooper
800 Capitol Street, Suite 2200
Houston, Texas, 77002
Phone: (713) 354-4838
Email: samuel.cooper@aoshearman.com

*Attorneys for Defendants Manu Sekhri, James Boyden, Ryan Bouskill, Hassan Ijaz, and Seven Aces Holdings ULC*