IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LUCKY BUCKS, LLC, *et al.*,<br><br>    *Debtors*. | Chapter 11<br><br>No. 23-10758 (KBO) |
| LB NEWHOLDCO, LLC and<br>LUCKY BUCKS, LLC,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>TRIVE CAPITAL MANAGEMENT LLC, *et al.*,<br><br>    *Defendants*. | Adversary Proceeding<br><br>No. 25-50965 (KBO)<br><br><br>**RULE 7007.1 CORPORATE DISCLOSURE STATEMENTS OF TRIVE CAPITAL MANAGEMENT LLC, TCFIII LUCK ACQUISITION LLC, TCFIII LUCK HOLDINGS LLC, QUANTUM GAMING CORP., AND SOUTHERN STAR GAMING, LLC** |

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1, Defendants Trive Capital Management LLC, TCFIII Luck Acquisition LLC, TCFIII Luck Holdings LLC, Quantum Gaming Corp., and Southern Star Gaming, LLC, by and through their undersigned counsel, hereby state as follows:

1.  **Trive Capital Management LLC** is a Delaware limited-liability company. Its majority owner is Trive Management Holdings LP, a Delaware limited partnership. No publicly held corporation owns ten percent or more of Trive Capital Management LLC's equity.

2.  **TCFIII Luck Acquisition LLC** is a Delaware limited-liability company. Its sole member is Trive Capital Fund III LP, a Delaware limited partnership. No publicly held corporation owns ten percent or more of TCFIII Luck Acquisition LLC's equity.

3.      **TCFIII Luck Holdings LLC** is a Delaware limited-liability company.  Its members are Trive Capital Fund III LP and Trive Capital Fund III-A LP, both Delaware limited partnerships.  No publicly held corporation owns ten percent or more of TCFIII Luck Holdings LLC's equity.

4.      **Quantum Gaming Corp.** is a Delaware corporation.  Quantum Gaming Corp.'s parent is TCFIII Luck LP, a Delaware limited partnership.  No publicly held corporation owns ten percent or more of Quantum Gaming Corp.'s equity.

5.      **Southern Star Gaming, LLC** is a Delaware limited-liability company.  Its sole member is Quantum Gaming Corp., a Delaware corporation.  Quantum Gaming Corp.'s parent is TCFIII Luck LP, a Delaware limited partnership.  No publicly held corporation owns ten percent or more of Southern Star Gaming, LLC's equity.

| | |
|---|---|
| Dated: September 5, 2025<br>Wilmington, Delaware | PACHULSKI STANG ZIEHL<br>   & JONES LLP<br><br>By: */s/ Laura Davis Jones*<br>Laura Davis Jones (No. 2436)<br>Peter J. Keane (No. 5503)<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19801<br>(t) (302) 652-4100<br>(f) (302) 652-4400<br>ljones@pszjlaw.com<br>pkeane@pszjlaw.com<br><br>-and-<br><br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br><br>Philip D. Anker (*pro hac vice*)<br>Ross E. Firsenbaum (*pro hac vice*)<br>Charles C. Bridge (*pro hac vice*)<br>7 World Trade Center |

2

250 Greenwich Street
New York, NY 10007
(t) (212) 230-8800
(f) (212) 230-8888
philip.anker@wilmerhale.com
ross.firsenbaum@wilmerhale.com
charles.bridge@wilmerhale.com

Joel W. Millar (*pro hac vice*)
2100 Pennsylvania Avenue NW
Washington, DC 20037
(t) (202) 663-6000
(f) (202) 663-6363
joel.millar@wilmerhale.com

*Attorneys for Defendants Trive Capital Management LLC, TCFIII Luck Acquisition LLC, TCFIII Luck Holdings LLC, Quantum Gaming Corp., and Southern Star Gaming, LLC*