# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LUCKY BUCKS, LLC, *et al.*<br><br>    Debtors. | Chapter 11<br><br>No. 23-10758 (KBO) |
| LB NEWHOLDCO, LLC and<br>LUCKY BUCKS, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>TRIVE CAPITAL MANAGEMENT LLC,<br>*et al.*,<br><br>    Defendants. | Adversary Proceeding<br><br>No. 25-50965 (KBO) |

## TRIVE DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Pursuant to Federal Rules of Civil Procedure 8, 9(b), and 12(b)(6), made applicable to this adversary proceeding by Federal Rules of Bankruptcy Procedure 7008, 7009, and 7012, Defendants Trive Capital Management LLC, Trive Capital Fund III LP, Trive Capital Fund III-A LP, TCFIII Luck LP, TCFIII Luck SPV LP, TCFIII Luck Acquisition LLC, TCFIII Luck Holdings LLC, Quantum Gaming Corp., Southern Star Gaming LLC, and Shravan Thadani (collectively, the "Trive Defendants"), by and through their undersigned attorneys, hereby respectfully move this Court for entry of an order, substantially in the form attached hereto as Exhibit A, dismissing with prejudice the complaint in the above-captioned adversary proceeding [D.I. 2] (the "Complaint"). In support of this Motion to Dismiss, the Trive Defendants have contemporaneously filed, and incorporate herein by reference, the *Memorandum of Law in Support of Trive Defendants' Motion to Dismiss Plaintiffs' Complaint*, dated September 5, 2025 (the "Memorandum of Law"), and the *Declaration of Ross E. Firsenbaum in Support of Trive*

*Defendants' Motion to Dismiss Plaintiffs' Complaint*, dated September 5, 2025 (the "Firsenbaum Declaration") and exhibits thereto.

## **LOCAL RULE 7012-1 STATEMENT**

Pursuant to Rule 7012-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, the Trive Defendants do not consent to the entry of a final order or judgment by this Court in this adversary proceeding if it is determined that the Court, absent consent of the parties, cannot enter a final order or judgment consistent with Article III of the United States Constitution.

WHEREFORE, for all the reasons set forth herein, in the accompanying Memorandum of Law, and in the Firsenbaum Declaration and exhibits thereto, the Trive Defendants respectfully request that the Court enter an order, substantially in the form attached hereto, (a) granting the Motion to Dismiss, (b) dismissing the Complaint with prejudice, and (c) granting such other and further relief as the Court deems just and appropriate.

Dated: September 5, 2025
      Wilmington, Delaware

Respectfully submitted,

PACHULSKI STANG ZIEHL
  & JONES LLP

By: */s/ Laura Davis Jones*
Laura Davis Jones (No. 2436)
Peter J. Keane (No. 5503)
919 North Market Street, 17th Floor
Wilmington, DE 19801
(t) (302) 652-4100
(f) (302) 652-4400
ljones@pszjlaw.com
pkeane@pszjlaw.com

-and-

WILMER CUTLER PICKERING
  HALE AND DORR LLP

Philip D. Anker (admitted *pro hac vice*)
Ross E. Firsenbaum (admitted *pro hac vice*)
Charles C. Bridge (admitted *pro hac vice*)
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(t) (212) 230-8800
(f) (212) 230-8888
philip.anker@wilmerhale.com
ross.firsenbaum@wilmerhale.com
charlies.bridge@wilmerhale.com

Joel Millar (admitted *pro hac vice*)
2100 Pennsylvania Avenue NW
Washington, DC 20037
(t) (202) 663-6000
(f) (202) 663-6363
joel.millar@wilmerhale.com

*Attorneys for Defendants Trive Capital Management LLC, Trive Capital Fund III LP, Trive Capital Fund III-A LP, TCFIII Luck LP, TCFIII Luck SPV LP, TCFIII Luck Acquisition LLC, TCFIII Luck Holdings LLC, Quantum Gaming Corp., Southern Star Gaming LLC, and Shravan Thadani*