## Exhibit A

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LUCKY BUCKS, LLC, *et al.* | No. 23-10758 (KBO) |
| Debtors. | |
| LB NEWHOLDCO, LLC and LUCKY BUCKS, LLC, | Adversary Proceeding |
| Plaintiffs, | No. 25-50965 (KBO) |
| v. | |
| TRIVE CAPITAL MANAGEMENT LLC, *et al.*, | |
| Defendants. | |

## [PROPOSED] ORDER GRANTING
## TRIVE DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT

UPON CONSIDERATION of the *Trive Defendants' Motion to Dismiss Plaintiffs' Complaint*, dated September 5, 2025 (the "Motion"); and the Court having reviewed the Motion, the accompanying Memorandum of Law,[1] and the Firsenbaum Declaration and exhibits thereto; and the responses and replies, if any; and the Court having held a hearing on the Motion and having considered the arguments made by counsel for the parties; and the Court having determined that the legal and factual bases set forth in the Motion, the Memorandum of Law, and the Firsenbaum Declaration and exhibits thereto establish just cause for the relief sought in the Motion; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED that:

1.      The Motion is GRANTED;

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion to Dismiss.

2.       The Complaint is DISMISSED WITH PREJUDICE; and

3.       This Court shall retain jurisdiction with respect to all matters arising from or relating to the implementation of this Order.

Dated: _____, 2025

_____
The Honorable Karen B. Owens
United States Bankruptcy Judge