IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LUCKY BUCKS, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-10758 (KBO) |
| LB NEWHOLDCO, LLC and LUCKY BUCKS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>TRIVE CAPITAL MANAGEMENT LLC, TRIVE CAPITAL FUND III LP, TRIVE CAPITAL FUND III-A LP, TCFIII LUCK LP, TCFIII LUCK SPV LP, TCFIII LUCK ACQUISITION LLC, TCFIII LUCK HOLDINGS LLC, QUANTUM GAMING CORP., SOUTHERN STAR GAMING LLC, SHRAVAN THADANI, ANIL DAMANI, LBV27, LLC, LUCKY BUCKS VENTURES, INC., SHAFIK KASSAM, JAMES BOYDEN, RYAN BOUSKILL, MANU SEKHRI, SEVEN ACES HOLDINGS ULC AND HASSAN IJAZ,<br><br>Defendants. | Adversary Proceeding<br><br>Adv. Pro. No. 25-50965 (KBO) |

**DEFENDANT SHAFIK KASSAM'S MOTION TO DISMISS COMPLAINT
AND JOINDER IN CO-DEFENDANTS' MOTIONS TO DISMISS**

Pursuant to Federal Rules of Civil Procedure 8, 9(b), and 12(b)(6), made applicable to

---

[1] The Debtors in the chapter 11 cases (the "Chapter 11 Cases"), when filed, along with the last four digits of each Debtor's federal identification number were: (i) Lucky Bucks, LLC (4376) and its Chapter 11 Case, the "Lucky Bucks Chapter 11 Case") and (ii) Lucky Bucks HoldCo, LLC (0081) and its Chapter 11 Case, the "HoldCo Chapter 11 Case" and together with the Lucky Bucks Chapter 11 Case, the "OpCo Chapter 11 Cases"). The HoldCo Chapter 11 Case was closed on September 25, 2024. While Lucky Bucks Holdings LLC (3221) ("Holdings" and its Chapter 11 Case, the "Holdings Chapter 11 Case") previously was also a Debtor, its case has since been converted to a chapter 7 liquidation. The Debtors' primary mailing address was 5820 Live Oak Parkway, Suite 300, Norcross, Georgia 30093.

WBD (US) 4910-1362-7232v3

this adversary proceeding by Federal Rules of Bankruptcy Procedure 7008, 7009, and 7012, Shafik Kassam ("Mr. Kassam"), by and through his undersigned counsel, hereby respectfully moves this Court for entry of an order, substantially in the form attached hereto as **Exhibit A**, dismissing with prejudice the complaint [D.I. 1]² (the "Complaint"). filed in the above-captioned adversary proceeding (this "Adversary Proceeding"). Mr. Kassam also joins in, and incorporates by reference, the contemporaneously filed motions to dismiss and supporting memorandums of law of co-defendants in this Adversary Proceeding, as applicable to related allegations and causes of action asserted against such co-defendants and Mr. Kassam.

In support of this Motion to Dismiss, Mr. Kassam has contemporaneously filed, and incorporates herein by reference, the *Brief in Support of Defendant Shafik Kassam's Motion to Dismiss Complaint* (the "Supporting Brief").

## LOCAL RULE 7012-1 STATEMENT

Pursuant to Rule 7012-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, Mr. Kassam does not consent to the entry of a final order or judgment by this Court in this adversary proceeding if it is determined that the Court, absent consent of the parties, cannot enter a final order or judgment consistent with Article III of the United States Constitution.

WHEREFORE, for all the reasons set forth herein and in the accompanying Supporting Brief, Mr. Kassam respectfully requests that the Court enter an order, substantially in the form attached hereto, (a) granting the Motion to Dismiss, (b) dismissing the Complaint with prejudice, and (c) granting such other and further relief as the Court deems just and appropriate.

---

² Redacted copies of the Complaint were filed at docket numbers 2 and 5 of this Adversary Proceeding.

Dated: September 5, 2025
      Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Morgan L. Patterson*
Morgan L. Patterson (DE Bar No. 5388)
Marcy J. McLaughlin Smith (DE Bar No. 6184)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone  (302) 252-4320
Facsimile:  (302) 252-4330
Email: morgan.patterson@wbd-us.com
       marcy.smith@wbd-us.com

-and-

**GARLAND, SAMUEL, & LOEB. P.C.**
Amanda R. Clark Palmer
3151 Maple Drive
Atlanta, Georgia 30305
Telephone: (404) 262-2225
Facsimile:  (404) 365-5041
Email: aclark@gsllaw.com

*Counsel for Shafik Kassam*