**EXHIBIT A**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LUCKY BUCKS, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 23-10758 (KBO) |
| LB NEWHOLDCO, LLC and LUCKY BUCKS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>TRIVE CAPITAL MANAGEMENT LLC, TRIVE CAPITAL FUND III LP, TRIVE CAPITAL FUND III-A LP, TCFIII LUCK LP, TCFIII LUCK SPV LP, TCFIII LUCK ACQUISITION LLC, TCFIII LUCK HOLDINGS LLC, QUANTUM GAMING CORP., SOUTHERN STAR GAMING LLC, SHRAVAN THADANI, ANIL DAMANI, LBV27, LLC, LUCKY BUCKS VENTURES, INC., SHAFIK KASSAM, JAMES BOYDEN, RYAN BOUSKILL, MANU SEKHRI, SEVEN ACES HOLDINGS ULC AND HASSAN IJAZ,<br><br>Defendants. | Adversary Proceeding<br><br>Adv. Pro. No. 25-50965 (KBO) |

**ORDER GRANTING DEFENDANT
SHAFIK KASSAM'S MOTION TO DISMISS COMPLAINT**

UPON CONSIDERATION of *Defendant Shafik Kassam's Motion to Dismiss Complaint and Joinder in Co-Defendants' Motions to Dismiss* (the "Motion"); and the Court having reviewed

---

[1] The Debtors in the chapter 11 cases (the "Chapter 11 Cases"), when filed, along with the last four digits of each Debtor's federal identification number were: (i) Lucky Bucks, LLC (4376) and its Chapter 11 Case, the "Lucky Bucks Chapter 11 Case") and (ii) Lucky Bucks HoldCo, LLC (0081) and its Chapter 11 Case, the "HoldCo Chapter 11 Case" and together with the Lucky Bucks Chapter 11 Case, the "OpCo Chapter 11 Cases"). The HoldCo Chapter 11 Case was closed on September 25, 2024. While Lucky Bucks Holdings LLC (3221) ("Holdings" and its Chapter 11 Case, the "Holdings Chapter 11 Case") previously was also a Debtor, its case has since been converted to a chapter 7 liquidation. The Debtors' primary mailing address was 5820 Live Oak Parkway, Suite 300, Norcross, Georgia 30093.

WBD (US) 4910-1362-7232v3

the Motion and the accompanying Supporting Brief;[2] and the responses and replies, if any; and the Court having reviewed the Motion and the related briefing; and the Court having determined that the legal and factual bases set forth in the Motion and Supporting Brief thereto establish just cause for the relief granted in the Motion; and after due deliberation and sufficient cause appearing therefor, IT IS HEREBY ORDERED that:

    1.    The Motion is granted.

    2.    The Complaint is dismissed with prejudice.

    3.    This Court shall retain jurisdiction with respect to all matters arising from or relating to the implementation of this Order.

---

[2] Capitalized terms used herein but not defined are ascribed the definitions given to them in the Motion.