# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LUCKY BUCKS, LLC, *et al.*<br><br>*Debtors*. | Chapter 11<br>Case No. 23-10758 (KBO) |
| LB NEWHOLDCO, LLC and LUCKY BUCKS, LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>TRIVE CAPITAL MANAGEMENT LLC, *et al.*,<br><br>*Defendants*. | Adversary Proceeding<br>Adv. Proc. No. 25-50965 (KBO) |

## MANAGEMENT DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

Pursuant to Fed. R. Civ. P. 12(b)(6) and Fed R. Bankr. P. 7012(b), Defendants Manu Sekhri, James Boyden, Ryan Bouskill, Hassan Ijaz, and Seven Aces Holdings ULC (collectively, the "Management Defendants") respectfully move to dismiss the *Complaint* [D.I. 1]. The grounds for this motion are fully set forth in the Management Defendants' *Brief in Support of Management Defendants' Motion to Dismiss the Complaint* filed contemporaneously herewith and upon the papers, records and pleadings on file with the Court.

Dated: September 5, 2025
Wilmington, DE

**POTTER ANDERSON & CORROON LLP**

*/s/ M. Blake Cleary*
M. Blake Cleary (No. 3614)
Jesse L. Noa (No. 5973)
James R. Risener (No. 7334)
1313 N. Market Street, 6th Floor
Wilmington, DE 19801-6108
Phone:  (302) 984-6026
Email:  bcleary@potteranderson.com
             jnoa@potteranderson.com
             jrisener@potteranderson.com

-and-

**ALLEN OVERY SHEARMAN STERLING US LLP**

C. Luckey McDowell (*pro hac vice* application pending)
Ian E. Roberts (*pro hac vice* application pending)
Jacob Fields (*pro hac vice* application pending)
2601 Olive St 17th Floor
Dallas, TX 75201
Phone:  (214) 271-5777
Email:  luckey.mcdowell@aoshearman.com
             ian.roberts@aoshearman.com
             jacob.fields@aoshearman.com

-and-

Samuel Cooper (*pro hac vice* application pending)
800 Capitol Street, Suite 2200
Houston, Texas, 77002
Phone:  (713) 354-4838
Email:    samuel.cooper@aoshearman.com

*Counsel for Manu Sekhri, James Boyden, Ryan Bouskill, Hassan Ijaz, and Seven Aces Holdings ULC*