**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LUCKY BUCKS, LLC, *et al.*<br><br>*Debtors.* | Chapter 11<br>Case No. 23-10758 (KBO) |
| LB NEWHOLDCO, LLC and LUCKY BUCKS, LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>TRIVE CAPITAL MANAGEMENT LLC, *et al.*,<br><br>*Defendants.* | Adversary Proceeding<br>Adv. Proc. No. 25-50965 (KBO) |

**DECLARATION OF JACOB FIELDS IN SUPPORT OF**
**MANAGEMENT DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**

I, Jacob Fields, hereby declare under penalty of perjury:

1.      Defendants Manu Sekhri, James Boyden, Ryan Bouskill, Hassan Ijaz and Seven Aces Holdings ULC (collectively, the "Management Defendants") in the above-captioned adversary proceeding (the "Adversary Proceeding"), retained the law firm of Allen Overy Shearman Sterling US LLP to represent them in connection with the Adversary Proceeding and the underlying chapter 11 case.  I am an associate attorney at Allen Overy Shearman Sterling US LLP and one of the attorneys representing the Management Defendants and submit this declaration in support of the *Management Defendants' Motion to Dismiss the Complaint*.

2.      Attached hereto as **Exhibit A** is a true and correct copy of the *Fifth Amended and Restated Operating Agreement*, dated as of October 31, 2020 (the "HoldCo LLC Agreement").

3.      Attached hereto as **Exhibit B** is a true and correct copy of that certain *Credit Agreement*, dated as of July 30, 2021, by and between Lucky Bucks, LLC, as Borrower, Macquarie

Capital Funding LLC, as Administrative Agent, Keybank National Association, as L/C Issuer, and the Lenders, as defined therein (the "First Lien Credit Agreement").

4.      Attached hereto as **<u>Exhibit C</u>** is a true and correct copy (with highlights added) of the transcript from a February 27, 2013, hearing held before the U.S. Bankruptcy Court for the District of Delaware in *The Official Comm. of Unsecured Creditors of Allied Sys. Hldgs., Inc. (In re Allied Sys. Hldgs., Inc.)*, Ch. 11 Case No. 12–11564(CSS), Adv. No. 12-50947–CSS (Bankr. D. Del.) [D.I. 162].

5.      Attached hereto as **<u>Exhibit D</u>** is a true and correct copy of that certain *Second Amended and Restated Operating Agreement*, dated as of December 28, 2020 (the "Lucky Bucks Operating Agreement").

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct.


Executed on September 5, 2025


_____
Jacob Fields

**EXHIBIT A**

**<u>EXHIBIT B</u>**

**EXHIBIT C**

**<u>EXHIBIT D</u>**