## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LUCKY BUCKS, LLC, *et al.*<br><br>      Debtors. | Chapter 11<br><br>No. 23-10758 (KBO) |
| LB NEWHOLDCO, LLC and<br>LUCKY BUCKS, LLC,<br><br>      Plaintiffs,<br><br>v.<br><br>TRIVE CAPITAL MANAGEMENT LLC,<br>*et al.*,<br><br>      Defendants. | Adversary Proceeding<br><br>No. 25-50965 (KBO) |

### DEFENDANTS ANIL DAMANI, LUCKY BUCKS VENTURES, INC., AND LBV27, LLC'S MOTON TO DISMISS PLAINTIFFS' COMPLAINT

Anil Damani, Lucky Bucks Ventures, Inc., and LBV27, LLC (together, the "Defendants"), through the undersigned counsel, hereby move the Court, pursuant to Federal Rules of Civil Procedure 8, 9(b), and 12(b)(6), for an order dismissing the claims against them, including Counts 1, 2, 3, 5, 7, and 8 in the Complaint [Adv. Dkt. 2] filed by Plaintiffs LB New HoldCo, LLC and Lucky Bucks, LLC, in the above captioned adversary proceeding. Defendants rely on and incorporate herein by reference their *Brief in Support of Defendants Anil Damani, Lucky Bucks Ventures, Inc., and LBV27, LLC's Motion to Dismiss Plaintiffs' Complaint* filed contemporaneously herewith.

| | |
|---|---|
| Dated:   September 5, 2025<br>              Wilmington, Delaware | BAYARD, P.A.<br><br>*/s/ Steven D. Adler*<br>Ericka F. Johnson (Del. Bar No. 5024)<br>Steven D. Adler (Del. Bar No. 6257)<br>600 N. King Street, Suite 400 |

Wilmington, DE 19801
Tel: (302) 655-5000
Fax: (302) 658-6395
ejohnson@bayardlaw.com
sadler@bayardlaw.com

-and-

CHILIVIS GRUBMAN
Lauren A. Warner (GA 425769)
Scott R. Grubman (GA 317011)
Brittany M. Cambre (GA 350793)
1834 Independence Square
Atlanta, Georgia 30338
Telephone: (404) 233 4171
Facsimile: (404) 261 2842
lwarner@cglawfirm.com
sgrubman@cglawfirm.com
bcambre@cglawfirm.com

*Counsel for Defendants Anil Damani, Lucky Bucks Ventures, Inc., and LBV27, LLC*