# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LUCKY BUCKS, LLC, *et al.*<br><br>　　Debtors. | Chapter 11<br><br>No. 23-10758 (KBO) |
| LB NEWHOLDCO, LLC and<br>LUCKY BUCKS, LLC,<br><br>　　Plaintiffs,<br><br>v.<br><br>TRIVE CAPITAL MANAGEMENT LLC,<br>*et al.*,<br><br>　　Defendants. | Adversary Proceeding<br><br>No. 25-50965 (KBO)<br><br><br>Related Docket Nos. 2, |

**ORDER GRANTING DEFENDANTS ANIL DAMANI, LUCKY BUCKS VENTURES, INC., AND LBV27, LLC'S MOTON TO DISMISS PLAINTIFFS' COMPLAINT**

Upon consideration of *Defendants Anil Damani, Lucky Bucks Ventures, Inc., and LBV27, LLC's Motion to Dismiss Plaintiff's Complaint* (the "Motion")[1]; and proper and adequate notice of the Motion having been given; and it appearing that no other or further notice being necessary; and it appearing that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**:

　　1.　　The Motion is GRANTED.

　　2.　　Counts 1, 2, 3, 5, 7, and 8 in the Complaint [Adv. Dkt. 2] are dismissed against the Defendants with prejudice, to the extent they apply to each of the Defendants.

---

[1] Any capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

2

3. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.