# EXHIBIT A

https://researchga.tylerhost.net/CourtRecordsSearch/ViewCasePrint/f84e206db9e958e58f0a311b06acbbdf

## Case Information

Arc Gaming and Technologies, LLCVS.Angel Amusements, LLC,Dynamic Gaming, LLC,Unique Amusement, LLC,AKS Amusements, Inc. ,Advance Amusements, LLC,Klass Amusement, LLC,Prestige Amusement, LLC,Lee Caudell, Inc. ,Pinball Amusement, LLC,Peak Amusement, LLC,Meyersgold, LLC,Blue Georgia 1000, Inc. ,Anil Damani,Shafik Kassam,Imran Ali,Al Amin Sayani,Derrick Smith,Jonathan Linares,Jonathan Howard,Anand Vaswani,Shakeel Haque,Mohubil Motin,Pinball Amusement, LLC,Tony Kassam,Tony Kassam,Unique Amusement, LLC,Lee Caudell, Inc.

24CV000131

Location
Fulton - Superior Court

Case Category
Civil

Case Type
TORT/NEGLIGENCE

Case Filed Date
1/2/2024

Judge
JANE BARWICK

Case Status
Open

## Parties [29]

| Type | Name | Nickname/Alias | Attorneys |
|---|---|---|---|
| DEFENDANT | Angel Amusements, LLC | | Land, Garrett, Michell, David Gregory |
| DEFENDANT | Dynamic Gaming, LLC | | Suda, Paul S. |
| DEFENDANT | AKS Amusements, Inc. | | CHANIN, ALEXANDRA J., JAMAL, ALI, SCHNEIDER, J. A., ~~MAYES, JOSHUA A.~~ |
| DEFENDANT | Advance Amusements, LLC | | Lambros, Michael George, Wallack, Sanford A |
| DEFENDANT | Unique Amusement, LLC | | Kushner, Steven M |
| DEFENDANT | Klass Amusement, LLC | | CHANIN, ALEXANDRA J., SCHNEIDER, J. A. |
| DEFENDANT | Prestige Amusement, LLC | | Dean, James D., Maguire, J Matthew |
| DEFENDANT | Pinball Amusement, LLC | | |
| DEFENDANT | Lee Caudell, Inc. | | Floyd, John E., SELLERS, MATTHEW R., VARGHESE, MANOJ S. |
| DEFENDANT | Peak Amusement, LLC | | JAFFER, DAVID A., MEYER, MARY E. |
| DEFENDANT | Meyersgold, LLC | | CLARKSON, J. THOMAS, VAN WHY, JOHN J. |
| DEFENDANT | Blue Georgia 1000, Inc. | | CROWDER, KENNETH D, STEWART, DAVID M |
| DEFENDANT | Pinball Amusement, LLC | | Floyd, John E., SELLERS, MATTHEW R., VARGHESE, MANOJ S. |
| DEFENDANT | Unique Amusement, LLC | | Kushner, Steven M |
| DEFENDANT | Lee Caudell, Inc. | | Floyd, John E., SELLERS, MATTHEW R., VARGHESE, MANOJ S. |
| DEFENDANT | Ali, Imran | | CLARKSON, J. THOMAS, VAN WHY, JOHN J., ~~MAYES, JOSHUA A.~~ |
| DEFENDANT | Damani, Anil | | Cambre, Brittany, Grubman, Scott R, Warner, Lauren, ~~Grubman, Scott R, Warner, Lauren~~ |
| DEFENDANT | Haque, Shakeel | | CROWDER, KENNETH D, STEWART, DAVID M |
| DEFENDANT | Howard, Jonathan | | CROWDER, KENNETH D, STEWART, DAVID M |

| Type | Name | Nickname/Alias | Attorneys |
|---|---|---|---|
| DEFENDANT | Kassam, Shafik | | |
| DEFENDANT | Kassam, Tony | | GARLAND, JOHN A., Palmer, Amanda |
| DEFENDANT | Kassam, Tony | | Palmer, Amanda |
| DEFENDANT | Linares, Jonathan | | CROWDER, KENNETH D, STEWART, DAVID M |
| DEFENDANT | Motin, Mohubil | | CROWDER, KENNETH D, STEWART, DAVID M |
| DEFENDANT | Sayani, Al Amin | | |
| DEFENDANT | Smith, Derrick | | |
| DEFENDANT | Vaswani, Anand | | CROWDER, KENNETH D, STEWART, DAVID M |
| PLAINTIFF | Arc Gaming and Technologies, LLC | | BORING, CHARLES PRESCOTT, CHAC, FANNY, MAYES, JOSHUA A., MCFALL, MACY |
| SPECIAL MASTER | FULLER, J CLAY | | |

## Hearings [3]

| Date/Time | Hearing Type | Judge | Location | Result |
|---|---|---|---|---|
| 1/10/2024 09:30 AM | INJUNCTION | EATON, CHARLES | Courtroom 5C | |
| 5/21/2024 02:00 PM | MOTIONS HEARING | BENTON, ALICE | Courtroom 4C | |
| 1/14/2025 02:00 PM | STATUS CONFERENCE | WILLIAMS, SHERMELA J | Courtroom 4A | Canceled - OTHER |

## Events [341]

| Date | Event | Index # | Type | Comments | Documents |
|---|---|---|---|---|---|
| 1/2/2024 | Filing | 20 | SUMMONS | Summons for Howard, Jonathan. | Summons for Howard, Jonathan..pdf |
| 1/2/2024 | Filing | 15 | SUMMONS | Summons for Kassam, Shafik. | Summons for Kassam, Shafik..pdf |
| 1/2/2024 | Filing | 16 | SUMMONS | Summons for Ali, Imran. | Summons for Ali, Imran..pdf |
| 1/2/2024 | Filing | 9 | SUMMONS | Summons for Lee Caudell, Inc. . | Summons for Lee Caudell, Inc. ..pdf |
| 1/2/2024 | Filing | 1 | Plaintiff's Original Petition | Complaint with Exhibits_Arc Gaming vs. Anil Damani, et al. | Complaint with Exhibits_Arc Gaming vs. Anil Damani, et al..pdf |
| 1/2/2024 | Filing | 3 | SUMMONS | Summons for Dynamic Gaming, LLC. | Summons for Dynamic Gaming, LLC..pdf |
| 1/2/2024 | Filing | 11 | SUMMONS | Summons for Peak Amusement, LLC. | Summons for Peak Amusement, LLC..pdf |
| 1/2/2024 | Filing | 24 | CASE INITIATION FORM | Case Information Form | Case Information Form.pdf |
| 1/2/2024 | Filing | 22 | SUMMONS | Summons for Haque, Shakeel. | Summons for Haque, Shakeel..pdf |
| 1/2/2024 | Filing | 17 | SUMMONS | Summons for Sayani, Al Amin. | Summons for Sayani, Al Amin..pdf |
| 1/2/2024 | Filing | 21 | SUMMONS | Summons for Vaswani, Anand. | Summons for Vaswani, Anand..pdf |
| 1/2/2024 | Filing | 14 | SUMMONS | Summons for Damani, Anil. | Summons for Damani, Anil..pdf |
| 1/2/2024 | Filing | 13 | SUMMONS | Summons for Blue Georgia 1000, Inc. . | Summons for Blue Georgia 1000, Inc. ..pdf |
| 1/2/2024 | Filing | 23 | SUMMONS | Summons for Motin, Mohubil. | Summons for Motin, Mohubil..pdf |
| 1/2/2024 | Filing | 2 | SUMMONS | Summons for Angel Amusements, LLC. | Summons for Angel Amusements, LLC..pdf |
| 1/2/2024 | Filing | 8 | SUMMONS | Summons for Prestige Amusement, LLC. | Summons for Prestige Amusement, LLC..pdf |
| 1/2/2024 | Filing | 12 | SUMMONS | Summons for Meyersgold, LLC. | Summons for Meyersgold, LLC..pdf |
| 1/2/2024 | Filing | 5 | SUMMONS | Summons for AKS Amusements, Inc. . | Summons for AKS Amusements, Inc. ..pdf |
| 1/2/2024 | Filing | 6 | SUMMONS | Summons for Advance Amusements, LLC. | Summons for Advance Amusements, LLC..pdf |
| 1/2/2024 | Filing | 4 | SUMMONS | Summons for Unique Amusement, LLC. | Summons for Unique Amusement, LLC..pdf |

| Date | Event | Index # | Type | Comments | Documents |
|---|---|---|---|---|---|
| 1/2/2024 | Filing | 18 | SUMMONS | Summons for Smith, Derrick. | Summons for Smith, Derrick..pdf |
| 1/2/2024 | Filing | 19 | SUMMONS | Summons for Linares, Jonathan. | Summons for Linares, Jonathan..pdf |
| 1/2/2024 | Filing | 7 | SUMMONS | Summons for Klass Amusement, LLC. | Summons for Klass Amusement, LLC..pdf |
| 1/2/2024 | Filing | 10 | SUMMONS | Summons for Pinball Amusement, LLC. | Summons for Pinball Amusement, LLC..pdf |
| 1/3/2024 | Filing | 37 | NOTICE | of Filing Affidavit of Magua Benson - Part 2 | of Filing Affidavit of Magua Benson - Part 2.pdf |
| 1/3/2024 | Filing | 29 | NOTICE | Of Filing of Affidavit of William Alex Stump - Part 4 | Of Filing of Affidavit of William Alex Stump - Part 4.pdf |
| 1/3/2024 | Filing | 25 | NOTICE | of Filing of Ten Affidavits | of Filing of Ten Affidavits.pdf |
| 1/3/2024 | Filing | 27 | NOTICE | of Filing of Affidavit of William Alex Stump - Part 2 | of Filing of Affidavit of William Alex Stump - Part 2.pdf |
| 1/3/2024 | Filing | 35 | NOTICE | of Filing Affidavit of Magua Benson - Part 1 | of Filing Affidavit of Magua Benson - Part 1.pdf |
| 1/3/2024 | Filing | 26 | NOTICE | of Filing of Affidavit of William Alex Stump - Part 1 | of Filing of Affidavit of William Alex Stump - Part 1.pdf |
| 1/3/2024 | Filing | 33 | NOTICE | of Filing Affidavit of Jason Cristal | of Filing Affidavit of Jason Cristal.pdf |
| 1/3/2024 | Filing | 34 | MOTION | Plaintiff's Motion for Interlocutory Injunction, Temporary Restraining Order, and Expedited Discovery | Plaintiff's Motion for Interlocutory Injunction, Temporary Restraining Order, and Expedited Discovery.pdf |
| 1/3/2024 | Filing | 28 | NOTICE | of Filing of Affidavit of William Alex Stump - Part 3 | of Filing of Affidavit of William Alex Stump - Part 3.pdf |
| 1/3/2024 | Filing | 30 | NOTICE | of Filing of Affidavit of William Alex Stump - Part 5 | of Filing of Affidavit of William Alex Stump - Part 5.pdf |
| 1/3/2024 | Filing | 39 | NOTICE | of Filing Affidavit of Magua Benson - Part 3 | of Filing Affidavit of Magua Benson - Part 3.pdf |
| 1/3/2024 | Filing | 31 | NOTICE | of Filing of Affidavit of William Alex Stump - Part 6 | of Filing of Affidavit of William Alex Stump - Part 6.pdf |
| 1/3/2024 | Filing | 38 | PROPOSED ORDER | Proposed Order on Plaintiff's Motion for Temporary Restraining Order | Proposed Order on Plaintiff's Motion for Temporary Restraining Order.pdf |
| 1/3/2024 | Filing | 40 | NOTICE | of Filing Exhibits A & B to Plaintiff's Brief in Support of TRO | of Filing Exhibits A & B to Plaintiff's Brief in Support of TRO.pdf |
| 1/3/2024 | Filing | 36 | BRIEF | Brief in Support of Plaintiff's Motion for Interlocutory Injunction, Temporary Restraining Order, and Expedited Discovery | Brief in Support of Plaintiff's Motion for Interlocutory Injunction, Temporary Restraining Order, and Expedited Discovery.pdf |
| 1/3/2024 | Filing | 32 | NOTICE | Of Filing Affidavit of Janelle Hall | Of Filing Affidavit of Janelle Hall.pdf |
| 1/5/2024 | Filing | 41 | RULE NISI | Rule Nisi | RULE NISI.pdf |
| 1/8/2024 | Filing | 44 | BRIEF | Plaintiff's Brief in Support of Its Motion for the Expedited Appointment of a Receiver | Plaintiff's Brief in Support of Its Motion for the Expedited Appointment of a Receiver.pdf |
| 1/8/2024 | Filing | 43 | ACKNOWLEDGMENT OF SERVICE | Acknowledgement of Service | ACKNOWLEDGMENT OF SERVICE.pdf |
| 1/8/2024 | Filing | 45 | MOTION | Plaintiff's Motion for The Expedited Appointment of a Receiver | Plaintiff's Motion for The Expedited Appointment of a Receiver.pdf |
| 1/8/2024 | Filing | 42 | ENTRY/NOTICE OF APPEARANCE | Entry of Appearance | ENTRY/NOTICE OF APPEARANCE.pdf |
| 1/9/2024 | Filing | 53 | OTHER | ATTORNEY'S CERTIFICATE PURSUANT TO O.C.G.A. 9-11-65(b)(2) | ATTORNEY'S CERTIFICATE PURSUANT TO O.C.G.A. 9-11-65(b)(2).pdf |

| Date | Event | Index # | Type | Comments | Documents |
|---|---|---|---|---|---|
| 1/9/2024 | Filing | 50 | NOTICE | Affidavit of Michael Forrest | Affidavit of Michael Forrest.pdf |
| 1/9/2024 | Filing | 47 | ENTRY/NOTICE OF APPEARANCE | Notice of Entry of Appearance | ENTRY/NOTICE OF APPEARANCE.pdf |
| 1/9/2024 | Filing | 51 | ENTRY/NOTICE OF APPEARANCE | Notice - Entry of Appearance for attorney Amanda Clark Palmer | ENTRY/NOTICE OF APPEARANCE.pdf |
| 1/9/2024 | Filing | 52 | OTHER | Joint Stipulation Between Plaintiff and Defendants Lee Caudell, Inc. and Pinball Amusement, LLC | Joint Stipulation Between Plaintiff and Defendants Lee Caudell, Inc. and Pinball Amusement, LLC.pdf |
| 1/9/2024 | Filing | 49 | ENTRY/NOTICE OF APPEARANCE | Entry of Appearance for attorney John A. Garland | ENTRY/NOTICE OF APPEARANCE.pdf |
| 1/9/2024 | Filing | 46 | ENTRY/NOTICE OF APPEARANCE | Notice of Entry of Appearance | ENTRY/NOTICE OF APPEARANCE.pdf |
| 1/9/2024 | Filing | 48 | ENTRY/NOTICE OF APPEARANCE | Notice of Entry of Appearance | ENTRY/NOTICE OF APPEARANCE.pdf |
| 1/10/2024 | Hearing | | INJUNCTION | - | - |
| 1/10/2024 | Filing | 55 | RESPONSE | Defendant Anil Damani's Response to Plaintiff's Motion for Interlocutory Injunction, Temporary Restraining Order, and Expedited Discovery | RESPONSE.pdf |
| 1/10/2024 | Filing | 56 | BRIEF | Defendant Klass Amusement, LLC's Special Appearance and Brief in Opposition to Plaintiff's Motion for Interlocutory Injunction, Temporary Restraining Order, and Expedited Discovery | Defendant Klass Amusement LLC Brief in Opposition.pdf |
| 1/10/2024 | Filing | 57 | ENTRY/NOTICE OF APPEARANCE | Entry of Appearance | ENTRY/NOTICE OF APPEARANCE.pdf |
| 1/10/2024 | Filing | 54 | ENTRY/NOTICE OF APPEARANCE | Notice of Appearance | ENTRY/NOTICE OF APPEARANCE.pdf |
| 1/10/2024 | Filing | 58 | ENTRY/NOTICE OF APPEARANCE | Entry of Appearance | ENTRY/NOTICE OF APPEARANCE.pdf |
| 1/10/2024 | Filing | 59 | BRIEF | Tony Kassam's Post-Hearing Brief | BRIEF.pdf |
| 1/11/2024 | Filing | 60 | ENTRY/NOTICE OF APPEARANCE | Entry of Appearance | ENTRY/NOTICE OF APPEARANCE.pdf |
| 1/11/2024 | Filing | 61 | ENTRY/NOTICE OF APPEARANCE | Notice of Entry of Appearance | ENTRY/NOTICE OF APPEARANCE.pdf |
| 1/12/2024 | Filing | 62 | ORDER | Denying Temporary Restraining Order | ORDER.pdf |
| 1/16/2024 | Filing | 65 | ENTRY/NOTICE OF APPEARANCE | NOA for J. Thomas Clarkson | ENTRY/NOTICE OF APPEARANCE.pdf |
| 1/16/2024 | Filing | 66 | ENTRY/NOTICE OF APPEARANCE | NOA for Jack Van Why | ENTRY/NOTICE OF APPEARANCE.pdf |
| 1/16/2024 | Filing | 64 | ACKNOWLEDGMENT OF SERVICE | Acknowledgment of Service of Unique Amusement, LLC | ACKNOWLEDGMENT OF SERVICE.pdf |
| 1/16/2024 | Filing | 63 | ENTRY/NOTICE OF APPEARANCE | Notice of Appearance of Steven M. Kushner and Ethan M. Knott on behalf of Defendant Unique Amusement, LLC | ENTRY/NOTICE OF APPEARANCE.pdf |
| 1/17/2024 | Filing | 68 | AFFIDAVIT | of Personal Service for Imran Ali on Jan 13 2024 | of Personal Service for Imran Ali on Jan 13 2024.pdf |
| 1/17/2024 | Filing | 73 | ACKNOWLEDGMENT OF SERVICE | Acknowledgment of Service | ACKNOWLEDGMENT OF SERVICE.pdf |
| 1/17/2024 | Filing | 69 | AFFIDAVIT | of Service for Prestige Amusements 1/11/24 | of Service for Prestige Amusements 1/11/24.pdf |

| Date | Event | Index # | Type | Comments | Documents |
|---|---|---|---|---|---|
| 1/17/2024 | Filing | 70 | AFFIDAVIT | Affidavit of Service for Dynamic Gaming 1/11/24 | Affidavit of Service for Dynamic Gaming 1/11/24.pdf |
| 1/17/2024 | Filing | 67 | AFFIDAVIT | of Service for Klass Amusements 1/11/24 | of Service for Klass Amusements 1/11/24.pdf |
| 1/17/2024 | Filing | 71 | AFFIDAVIT | Affidavit of Service for Shakeel Haque 1/14/24 | Affidavit of Service for Shakeel Haque 1/14/24.pdf |
| 1/17/2024 | Filing | 72 | ACKNOWLEDGMENT OF SERVICE | Acknowledgment of Service for Tony Kassam | ACKNOWLEDGMENT OF SERVICE.pdf |
| 1/18/2024 | Filing | 74 | ACKNOWLEDGMENT OF SERVICE | Acknowledgement of Service Jaffer Law, PC | ACKNOWLEDGMENT OF SERVICE.pdf |
| 1/19/2024 | Filing | 75 | ENTRY/NOTICE OF APPEARANCE | Notice of Entry of Appearance | ENTRY/NOTICE OF APPEARANCE.pdf |
| 1/25/2024 | Filing | 76 | LEAVE OF ABSENCE | Notice of Leave of Absence for Attorney Sanford A. Wallack for February 12 and 28-29, 2024; March 1, 4-5, 21-22, 25, and 28-29, 2024; and April 1-5 and 8-9, 2024 | LEAVE OF ABSENCE.pdf |
| 1/26/2024 | Filing | 77 | LEAVE OF ABSENCE | Notice of Leave | LEAVE OF ABSENCE.pdf |
| 1/29/2024 | Filing | 78 | ACKNOWLEDGMENT OF SERVICE | Acknowledgement of Service | ACKNOWLEDGMENT OF SERVICE.pdf |
| 1/30/2024 | Filing | 103 | ENTRY/NOTICE OF APPEARANCE | Entry of Appearance of Co-Counsel- atty Lambros for Advance Amusement, LLC | Entry of Appearance of Co-Counsel- atty Lambros for Advance Amusement, LLC.pdf |
| 2/2/2024 | Filing | 79 | LEAVE OF ABSENCE | OF LAUREN A. WARNER | LEAVE OF ABSENCE.pdf |
| 2/5/2024 | Filing | 80 | CERTIFICATE OF SERVICE | Certificate of Service of Plaintiffs First Continuing Requests for Production to Non-Party the Georgia Lottery Corporation | CERTIFICATE OF SERVICE.pdf |
| 2/5/2024 | Filing | 81 | NOTICE OF WITHDRAWAL | Plaintiffs Notice of Withdrawal of its Motion for an Interlocutory Injunction and Motion for Expedited Appointment of a Receiver | NOTICE OF WITHDRAWAL.pdf |
| 2/5/2024 | Filing | 82 | CERTIFICATE OF SERVICE | Certificate of Service of Discovery Served upon Defendants | CERTIFICATE OF SERVICE.pdf |
| 2/7/2024 | Filing | 84 | MOTION | Defendants Lee Caudell, Inc. and Pinball Amusement, LLC's Motion to Dismiss and For More Definitive Statement and Brief in Support | MOTION.pdf |
| 2/7/2024 | Filing | 83 | Answer | Defendant Lee Caudell, Inc.'s and Pinball Amusement, LLC's Answer and Defenses to Plaintiff's Complaint | ANSWER/RESPONSE.pdf |
| 2/8/2024 | Filing | 105 | LEAVE OF ABSENCE | Leave of Absence | Leave of Absence.pdf |
| 2/9/2024 | Filing | 88 | ACKNOWLEDGMENT OF SERVICE | Imran Ali and Meyersgold, LLC Ackowledgement of Service | ACKNOWLEDGMENT OF SERVICE.pdf |
| 2/9/2024 | Filing | 91 | MEMORANDUM OF LAW | DEFENDANT KLASS AMUSEMENT, LLCS MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS | MEMORANDUM OF LAW.pdf |
| 2/9/2024 | Filing | 87 | MOTION | Defendant Prestige Amusement, LLC's Motion to Dismiss Plaintiff's Complaint and, Alternatively Motion for a More Definitive Satetement | MOTION.pdf |

| Date | Event | Index # | Type | Comments | Documents |
|---|---|---|---|---|---|
| 2/9/2024 | Filing | 90 | MOTION | DEFENDANT KLASS AMUSEMENT, LLCS MOTION TO DISMISS | MOTION.pdf |
| 2/9/2024 | Filing | 86 | Answer | Defendant Prestige Amusement, LLC's Answer to Plaintiff's Complaint | ANSWER/RESPONSE.pdf |
| 2/9/2024 | Filing | 89 | Answer | DEFENDANT KLASS AMUSEMENT, LLCS ANSWER TO COMPLAINT | ANSWER/RESPONSE.pdf |
| 2/9/2024 | Filing | 85 | STIPULATION EXTENDING TIME | Stipulation Extending Time for Defendant Advance Amusement LLC to File an Answer | STIPULATION EXTENDING TIME.pdf |
| 2/13/2024 | Filing | 93 | Answer | Answer and Defenses of Defendant Unique Amusement, LLC | ANSWER/RESPONSE.pdf |
| 2/13/2024 | Filing | 94 | MOTION | Defendant Unique Amusement, LLC's Motion to Stay | MOTION.pdf |
| 2/13/2024 | Filing | 92 | MOTION | Defendant Unique Amusement, LLC's Motion to Dismiss | MOTION.pdf |
| 2/16/2024 | Filing | 95 | LEAVE OF ABSENCE | Notice of Leave of Absence - Joshua A. Mayes | LEAVE OF ABSENCE.pdf |
| 2/20/2024 | Filing | 96 | Answer | Def. Peak Amusements Answer | ANSWER/RESPONSE.pdf |
| 2/20/2024 | Filing | 97 | MOTION | Def. Peak Amusement's MTD | MOTION.pdf |
| 2/21/2024 | Filing | 99 | MOTION | AKS Motion to Dismiss | MOTION.pdf |
| 2/21/2024 | Filing | 98 | Answer | Answer - AKS | ANSWER/RESPONSE.pdf |
| 2/21/2024 | Filing | 100 | MOTION | AKS - Motion to Adopt Co-Defendant's Motion to Stay | MOTION.pdf |
| 2/22/2024 | Filing | 101 | Answer | Defendant Angel Amusements, LLC's Answer and Affirmative Defenses | ANSWER/RESPONSE.pdf |
| 2/22/2024 | Filing | 102 | MOTION | Defendant Angel Amusements, LLC's Motion to Dismiss Plaintiff's Complaint or, in the Alternative, Motion for More Definite Statement and Brief in Support Thereof | MOTION.pdf |
| 2/23/2024 | Filing | 106 | Answer | - DYNAMIC GAMING LLC | - DYNAMIC GAMING LLC.pdf |
| 2/26/2024 | Filing | 104 | NOTICE | Defendant Anil Damani Notice of Joinder | NOTICE.pdf |
| 3/8/2024 | Filing | 107 | LEAVE OF ABSENCE | Notice of Leave of Absence for Attorney Sanford A. Wallack for April 12, 2024; May 6-10, 15-17, 20, 23-24, and 28-29, 2024; and June 6-7, 10-12, 17-21, and 24-28, 2024 | LEAVE OF ABSENCE.pdf |
| 3/8/2024 | Filing | 108 | Answer | Defendant Advance Amusement, LLC's Answer | ANSWER/RESPONSE.pdf |
| 3/8/2024 | Filing | 109 | RESPONSE | Plaintiff's Response in Opposition to Defendants Motion to Dismiss and a more Definite Statement | RESPONSE.pdf |
| 3/11/2024 | Filing | 115 | RESPONSE | Plaintiffs Response in Opposition to Defendant Klass Amusement, LLCs Motion to Dismiss | RESPONSE.pdf |
| 3/11/2024 | Filing | 114 | NOTICE | Notice of Adoption of Unique Amusement's Motion to Stay | NOTICE.pdf |
| 3/11/2024 | Filing | 113 | MOTION | Motion to Dismiss and For More Definite Statement | MOTION.pdf |

| Date | Event | Index # | Type | Comments | Documents |
| --- | --- | --- | --- | --- | --- |
| 3/11/2024 | Filing | 112 | Answer | Answer and Defenses of Tony Kassam | ANSWER/RESPONSE.pdf |
| 3/11/2024 | Filing | 110 | LEAVE OF ABSENCE | LOA w COS - MGL | LOA w COS - MGL.pdf |
| 3/11/2024 | Filing | 116 | RESPONSE | Plaintiffs Response in Opposition to Defendant Unique Amusement, LLCs Motion to Dismiss | RESPONSE.pdf |
| 3/11/2024 | Filing | 111 | RESPONSE | Plaintiffs Response in Opposition to Defendant Prestige Amusement, LLCs Motion to Dismiss Plaintiffs Complaint and, Alternatively, Motion for a More Definite Statement | RESPONSE.pdf |
| 3/12/2024 | Filing | 117 | LEAVE OF ABSENCE | Notice of Leave of Absence of Alexandra Nelson | LEAVE OF ABSENCE.pdf |
| 3/14/2024 | Filing | 119 | LEAVE OF ABSENCE | Leave of Absence | LEAVE OF ABSENCE.pdf |
| 3/14/2024 | Filing | 118 | RESPONSE | Plaintiffs Response in Opposition to Defendants Unique Amusement, LLC, AKS Amusement Inc., and Anil Damanis Motion to Stay | RESPONSE.pdf |
| 3/15/2024 | Filing | 120 | RESPONSE | Plaintiffs Response in Opposition to Defendant Peak Amusement, LLCs Motion to Dismiss, or for More Definite Statement | RESPONSE.pdf |
| 3/18/2024 | Filing | 123 | MOTION | Defendant Anil Damani's Motion to Dismiss or in the Alternative, Motion for More Definite Statement | MOTION.pdf |
| 3/18/2024 | Filing | 122 | Answer | Defendant Anil Damani answer and Affirmative Defenses | ANSWER/RESPONSE.pdf |
| 3/18/2024 | Filing | 124 | Answer | Answer - Imran Ali and Meyersgold, LLC | ANSWER/RESPONSE.pdf |
| 3/18/2024 | Filing | 121 | MOTION | Motion to Dismiss - Imran Ali and Meyersgold, LLC | MOTION.pdf |
| 3/21/2024 | Filing | 125 | LEAVE OF ABSENCE | Notice of Leave of Absence | LEAVE OF ABSENCE.pdf |
| 3/22/2024 | Filing | 126 | RESPONSE | Plaintiffs Response in Opposition to Defendant AKS Amusement, LLCs Motion to Dismiss for Failure to State a Claim upon which Relief may be Granted | RESPONSE.pdf |
| 3/25/2024 | Filing | 127 | RESPONSE | Plaintiffs Response in Opposition to Angel Amusements Motion to Dismiss Plaintiffs Complaint or, in the Alternative, Motion for More Definite Statement | RESPONSE.pdf |
| 3/26/2024 | Filing | 128 | MOTION | Defendant Advance Amusement LLC's Motion to Dismiss | MOTION.pdf |
| 3/29/2024 | Filing | 129 | MOTION | Defendant Advance Amusement LLC's Motion to Adopt Co-Defendant's Motion to Stay | MOTION.pdf |
| 4/2/2024 | Filing | 132 | LEAVE OF ABSENCE | Notice of Leave of Absence | LEAVE OF ABSENCE.pdf |
| 4/2/2024 | Filing | 131 | AFFIDAVIT OF SERVICE | Affidavit of Service to Blue Georgia 1000, Inc. | AFFIDAVIT OF SERVICE.pdf |
| 4/2/2024 | Filing | 130 | AFFIDAVIT OF SERVICE | Affidavit of Service to Mohubil Motin | AFFIDAVIT OF SERVICE.pdf |

| Date | Event | Index # | Type | Comments | Documents |
|---|---|---|---|---|---|
| 4/9/2024 | Filing | 133 | RESPONSE | Plaintiff's Response in Opposition to Defendant Tony Kassam's Motion to Dismiss Complaint and For More Definite Statement | RESPONSE.pdf |
| 4/17/2024 | Filing | 134 | LEAVE OF ABSENCE | Leave of Absence | LEAVE OF ABSENCE.pdf |
| 4/17/2024 | Filing | 136 | RESPONSE | Plaintiff's Response in Opposition to Damani's Motion to Dismiss, or in the Alternative, Motion for More Definite Statement | RESPONSE.pdf |
| 4/17/2024 | Filing | 135 | RESPONSE | Plaintiff's Response in Opposition to Defendants Imran Ali's and Meyersgold, LLC's Motion to Dismiss | RESPONSE.pdf |
| 4/22/2024 | Filing | 137 | MOTION | Plaintiff's Motion for Default Judgment Against Shakeel Haque and Memorandum of Law in Support | MOTION.pdf |
| 4/22/2024 | Filing | 139 | RESPONSE | Plaintiff's Response in Opposition to Def. Advance Amusement, LLC's Motion to Adopt Co-Defendant's Unique Amusement's Motion to Stay | RESPONSE.pdf |
| 4/22/2024 | Filing | 138 | RESPONSE | Plaintiff's Response in Opposition to Defendant Advance Amusement, LLC's Motion to Dismiss | RESPONSE.pdf |
| 4/25/2024 | Filing | 140 | MOTION | Defendant Dynamic Gaming LLC's Motion to Adopt Co-Defendant's Motion to Stay | MOTION.pdf |
| 4/30/2024 | Filing | 142 | NOTICE | Notice of Appearance | NOTICE.pdf |
| 4/30/2024 | Filing | 143 | AFFIDAVIT | Affidavit of Service on Arnaldo Perez | Affidavit of Service on Arnaldo Perez.pdf |
| 4/30/2024 | Filing | 141 | LEAVE OF ABSENCE | OF SCOTT R. GRUBMAN | LEAVE OF ABSENCE.pdf |
| 5/3/2024 | Filing | 144 | LEAVE OF ABSENCE | Leave of absence for attorney Amanda Clark Palmer | LEAVE OF ABSENCE.pdf |
| 5/6/2024 | Filing | 146 | NOTICE | Notice of Appearance of Fanny Chac | NOTICE.pdf |
| 5/6/2024 | Filing | 145 | ENTRY/NOTICE OF APPEARANCE | Notice of Appearance of Charles P. Boring | ENTRY/NOTICE OF APPEARANCE.pdf |
| 5/8/2024 | Filing | 147 | NOTICE OF HEARING | NOTICE OF HEARING ON MOTION TO STAY | NOTICE OF HEARING.pdf |
| 5/9/2024 | Filing | 150 | MOTION TO TRANSFER VENUE | Plaintiff's Motion to Transfer to Metro Atlanta Business Case Division | MOTION TO TRANSFER VENUE.pdf |
| 5/9/2024 | Filing | 149 | LEAVE OF ABSENCE | Notice of Leave of Absence for Attorney Sanford A. Wallack for July 1-3, 2024; August 1-2, 5-7, 12-16, and 19-22, 2024; and September 4-6, 10-12, 20, 23, and 24, 2024 | LEAVE OF ABSENCE.pdf |
| 5/9/2024 | Filing | 148 | CERTIFICATE OF SERVICE | Certificate of Service | CERTIFICATE OF SERVICE.pdf |
| 5/10/2024 | Filing | 151 | Answer | DEFENDANTS MOHIBUL MOTINS AND BLUE GEORGIA 1000 INC.S ANSWER AND DEFENSES | DEFENDANTS MOHIBUL MOTIN???S AND BLUE GEORGIA 1000 INC.???S ANSWER AND DEFENSES.pdf |

| Date | Event | Index # | Type | Comments | Documents |
|---|---|---|---|---|---|
| 5/10/2024 | Filing | 152 | MOTION | DEFENDANTS MOHIBUL MOTINS AND BLUE GEORGIA 1000 INC.S MOTION TO DISMISS | MOTION AND BLUE GEORGIA MOTION TO DISMISS.pdf |
| 5/10/2024 | Filing | 153 | ENTRY/NOTICE OF APPEARANCE | NOTICE OF APPEARANCE FOR BLUE GEORGIA 1000 INC. | ENTRY/NOTICE OF APPEARANCE.pdf |
| 5/13/2024 | Filing | 154 | NOTICE OF FILING | Notice of Filing of Transcript Excerpt in Support of Plaintiff's Opposition to the Motions to Stay | NOTICE OF FILING.pdf |
| 5/14/2024 | Filing | 155 | LEAVE OF ABSENCE | Notice of Leave of Absence | LEAVE OF ABSENCE.pdf |
| 5/16/2024 | Filing | 159 | REPLY | Defendant Unique Amusement, LLC's Reply in Support of Motion to Stay | REPLY.pdf |
| 5/16/2024 | Filing | 158 | MOTION | Haque motion to dismiss | Haque motion to dismiss.pdf |
| 5/16/2024 | Filing | 156 | MOTION | Haque motion to open default and response to motion for default judgment | Haque motion to open default and response to motion for default judgment.pdf |
| 5/16/2024 | Filing | 157 | Answer | Haque verified answer | Haque Verified Answer to Complaint.pdf |
| 5/20/2024 | Filing | 161 | LEAVE OF ABSENCE | Notice of Leave | LEAVE OF ABSENCE.pdf |
| 5/21/2024 | Hearing | | MOTIONS HEARING | - | - |
| 5/21/2024 | Filing | 162 | NOTICE OF FILING | NOTICE OF FILING AFFIDAVIT REFERENCED IN DEFENDANT SHAKEEL HAQUES MOTION TO OPEN DEFAULT | NOTICE OF FILING.pdf |
| 5/21/2024 | Filing | 160 | ORDER | ORDER DENYING MOTIONS TO STAY | ORDER.pdf |
| 5/24/2024 | Filing | 163 | RESPONSE | Plaintiff's Response in Opposition to Defendants Mohibul Motin's and Blue Georgia 1000 Inc.'s Motion to Dismiss | RESPONSE.pdf |
| 5/28/2024 | Filing | 165 | LEAVE OF ABSENCE | Leave of Absence | LEAVE OF ABSENCE.pdf |
| 5/28/2024 | Filing | 164 | OBJECTIONS | Angel Amusements, LLC - Objection to Plaintiff's Motion to Transfer Case to Metro Atlanta Business Case Division | OBJECTIONS.pdf |
| 5/29/2024 | Filing | 170 | ENTRY/NOTICE OF APPEARANCE | NOTICE OF APPEARANCE FOR DEFENDANT LINARES | ENTRY/NOTICE OF APPEARANCE.pdf |
| 5/29/2024 | Filing | 167 | BRIEF | Defendant Prestige Amusement, LLC's Brief in Opposition to Plaintiff's Motion to Transfer Case | BRIEF.pdf |
| 5/29/2024 | Filing | 166 | NOTICE | Defendant Anil Damani's Notice of Joinder | NOTICE.pdf |
| 5/29/2024 | Filing | 168 | Answer | DEFENDANT LINARES ANSWER AND DEFENSES | ANSWER/RESPONSE.pdf |
| 5/29/2024 | Filing | 169 | MOTION | DEFENDANT LINARES MOTION TO DISMISS | MOTION.pdf |
| 5/30/2024 | Filing | 172 | NOTICE | Defendant Klass Amusement, LLC's Notice of Joinder | NOTICE.pdf |
| 5/30/2024 | Filing | 171 | REPLY | Plaintiff's Reply to Angel Amusements, LLC's and Prestige Amusement LLC's Objections to Plaintiff's Motion to Transfer Case to Metro Atlanta Business Case Division | REPLY.pdf |

| Date | Event | Index # | Type | Comments | Documents |
|---|---|---|---|---|---|
| 5/31/2024 | Filing | 173 | CERTIFICATE OF SERVICE | Service of Discovery Responses | CERTIFICATE OF SERVICE.pdf |
| 6/3/2024 | Filing | 175 | MOTION | Motion For Protective Order | MOTION.pdf |
| 6/3/2024 | Filing | 176 | LEAVE OF ABSENCE | LOA (Lambros) | LEAVE OF ABSENCE.pdf |
| 6/3/2024 | Filing | 174 | MOTION | Defendant Advance Amusement LLC's Motion to Adopt Co-Defendant's Objection to Plaintiff's Motion to Transfer Case to Metro Atlanta Business Case Division | MOTION.pdf |
| 6/4/2024 | Filing | 177 | NOTICE | Notice of Joinder | Notice of Joinder.pdf |
| 6/4/2024 | Filing | 179 | NOTICE | Notice of Joinder | NOTICE.pdf |
| 6/4/2024 | Filing | 178 | LEAVE OF ABSENCE | Notice of Leave | LEAVE OF ABSENCE.pdf |
| 6/5/2024 | Filing | 181 | NOTICE | Defendant Prestige Amusement's Notice of Joinder | NOTICE.pdf |
| 6/5/2024 | Filing | 182 | NOTICE | Anil Damani's Notice of Joinder | NOTICE.pdf |
| 6/5/2024 | Filing | 180 | ENTRY/NOTICE OF APPEARANCE | James D. Dean Notice of Entry of Appearance | ENTRY/NOTICE OF APPEARANCE.pdf |
| 6/6/2024 | Filing | 185 | NOTICE | Defendant Klass Amusement, LLC's Notice of Joinder | NOTICE.pdf |
| 6/6/2024 | Filing | 184 | NOTICE | DEFENDANT TONY KASSAMS NOTICE OF JOINDER IN MOTION FOR PROTECTIVE ORDER | NOTICE.pdf |
| 6/6/2024 | Filing | 186 | CERTIFICATE OF DISCOVERY | Certificate of Serving Unique Amusement, LLC's First Interrogatories and Request for Production to Plaintiff | CERTIFICATE OF DISCOVERY.pdf |
| 6/6/2024 | Filing | 183 | NOTICE | Defendant Unique Amusement, LLC's Notice of Joinder | NOTICE.pdf |
| 6/7/2024 | Filing | 187 | CERTIFICATE OF SERVICE | Certificate of Service of Discovery | CERTIFICATE OF SERVICE.pdf |
| 6/7/2024 | Filing | 188 | NOTICE | Defendant Angel Amusements, LLC's Notice of Joinder in Motion for Protective Order | NOTICE.pdf |
| 6/10/2024 | Filing | 189 | MOTION | Third Parties Hyder Salani's and HZ Properties & Marketing, LLC's Motion for Protective Order | MOTION.pdf |
| 6/10/2024 | Filing | 190 | ENTRY/NOTICE OF APPEARANCE | Entry of Appearance of Amanda Clark Palmer for Third Parties Hyder Lalani and HZ Properties & Marketing, LLC. | ENTRY/NOTICE OF APPEARANCE.pdf |
| 6/11/2024 | Filing | 191 | ORDER | Order Denying Plaintiff's Motion to Transfer to the Metro Atlanta Business Case Division | ORDER.pdf |
| 6/13/2024 | Filing | 192 | MOTION | THIRD PARTIES HYDER LALANIS AND HZ PROPERTIES & MARKETING, LLCS MOTION FOR PROTECTIVE ORDER with Exhibits | MOTION.pdf |
| 6/13/2024 | Filing | 193 | RESPONSE | Plaintiff's Response in Opposition to Defendant Arnaldo Jhonathan Linares Perez's Motion to Dismiss | RESPONSE.pdf |

| Date | Event | Index # | Type | Comments | Documents |
|---|---|---|---|---|---|
| 6/13/2024 | Filing | 194 | RESPONSE | Plaintiff's Response in Opposition to Defendant Shakeel Haque's Motion to Dismiss | RESPONSE.pdf |
| 6/13/2024 | Filing | 195 | RESPONSE | Plaintiff's Response in Opposition to Defendants Lee Caudell, Inc.'s and Pinball Amusement, LLC's Motion for Protective Order | RESPONSE.pdf |
| 6/14/2024 | Filing | 196 | CERTIFICATE OF SERVICE | Certificate of Serving Defendant Unique Amusement, LLCs Responses to Plaintiffs First Continuing Interrogatories and Defendant Unique Amusement, LLCs Responses to Plaintiffs First Continuing Requests for Production of Documents | CERTIFICATE OF SERVICE.pdf |
| 6/17/2024 | Filing | 198 | CERTIFICATE OF SERVICE | Rule 5.2 Certificate | CERTIFICATE OF SERVICE.pdf |
| 6/17/2024 | Filing | 199 | MOTION | Motion To Dismiss | MOTION.pdf |
| 6/17/2024 | Filing | 197 | NOTICE | Notice of Joinder for Protective Order | NOTICE.pdf |
| 6/18/2024 | Filing | 200 | LEAVE OF ABSENCE | NOTICE OF LEAVE OF ABSENCE - Michell | LEAVE OF ABSENCE.pdf |
| 6/21/2024 | Filing | 201 | LEAVE OF ABSENCE | Notice of Leave of Absence for Amanda Clark Palmer | LEAVE OF ABSENCE.pdf |
| 6/25/2024 | Filing | 202 | RESPONSE | Plaintiff's Response in Opposition to Non-Parties Hyder Lalani's and HZ Properties & Marketing, LLC's Motion for Protective Order | RESPONSE.pdf |
| 6/26/2024 | Filing | 203 | NOTICE OF HEARING | NOTICE OF MOTIONS HEARING ON AUGUST 14, 2024 AT 2:00 PM | NOTICE OF HEARING.pdf |
| 7/1/2024 | Filing | 204 | MOTION | Plaintiff's Motion for Service by Publication | MOTION.pdf |
| 7/2/2024 | Filing | 205 | RESPONSE | Plaintiff's Response in Opposition to Defendant Dynamic Gaming, LLC's Motion to Dismiss | RESPONSE.pdf |
| 7/9/2024 | Filing | 206 | CERTIFICATE OF SERVICE | Certificate of Service of Plaintiff's Objections to Unique Amusement, LLC's First Requests for Production of Documents to Plaintiff | CERTIFICATE OF SERVICE.pdf |
| 7/9/2024 | Filing | 207 | CERTIFICATE OF SERVICE | Certificate of Service of Plaintiff's Objections to Unique Amusement, LLC's First Interrogatories to Plaintiff | CERTIFICATE OF SERVICE.pdf |
| 7/10/2024 | Filing | 208 | LEAVE OF ABSENCE | Notice of Leave of Absence for Charles P. Boring | LEAVE OF ABSENCE.pdf |
| 7/24/2024 | Filing | 209 | LEAVE OF ABSENCE | Notice of Leave of Absence | LEAVE OF ABSENCE.pdf |
| 8/8/2024 | Filing | 210 | BRIEF IN SUPPORT OF MOTION | Defendants Lee Caudell, Inc., and Pinball Amusement, LLC's Reply in Support of Motion to Dismiss and for More Definite Statement | BRIEF IN SUPPORT OF MOTION.pdf |
| 8/9/2024 | Filing | 212 | REPLY | Reply in Support of Motion to Dismiss | REPLY.pdf |
| 8/9/2024 | Filing | 211 | LEAVE OF ABSENCE | Notice of Leave | LEAVE OF ABSENCE.pdf |

| Date | Event | Index # | Type | Comments | Documents |
|---|---|---|---|---|---|
| 9/4/2024 | Filing | 213 | LEAVE OF ABSENCE | Notice of Leave of Absence for Attorney Sanford A. Wallack for October 10-11, 16-18, 21-23, and 31, 2024; and November 1, 4-5, 7-8, 11-13, and 25-29, 2024 | LEAVE OF ABSENCE.pdf |
| 9/23/2024 | Filing | 215 | ORDER | ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS??? MOTIONS TO DISMISS | ORDER.pdf |
| 9/23/2024 | Filing | 214 | ORDER OF SERVICE BY PUBLICATION | ORDER FOR SERVICE BY PUBLICATION | ORDER OF SERVICE BY PUBLICATION.pdf |
| 9/26/2024 | Filing | 216 | LEAVE OF ABSENCE | Notice of Leave of Absence - G. Michell | LEAVE OF ABSENCE.pdf |
| 10/2/2024 | Filing | 217 | CERTIFICATE OF SERVICE | Rule 5.2 Certificate of Service | CERTIFICATE OF SERVICE.pdf |
| 10/3/2024 | Filing | 220 | NOTICE | Notice of Publication to Derrick Smith | NOTICE.pdf |
| 10/3/2024 | Filing | 219 | NOTICE | Notice of Publication to Al Amin Sayani | NOTICE.pdf |
| 10/3/2024 | Filing | 218 | NOTICE | Notice of Publication to Jonathan Howard | NOTICE.pdf |
| 10/4/2024 | Filing | 221 | MOTION | Plaintiff's Motion for Partial Reconsideration | MOTION.pdf |
| 10/7/2024 | Filing | | NOTE TO FILE - CIVIL | MAILED PUBLICATION PACKAGE TO ALL ADDRESSES LISTED ON EACH NOTICE OF PUBLICATION | No Documents |
| 10/21/2024 | Filing | 222 | LEAVE OF ABSENCE | Notice of Leave of Absence for Attorney Sanford A. Wallack for December 2-4, 12-13, 16-20, 23-27, and 30-31, 2024 | LEAVE OF ABSENCE.pdf |
| 10/23/2024 | Filing | 226 | NOTICE OF FILING | Notice of Filing of Amended Complaint Exhibit E (Part 3) | NOTICE OF FILING.pdf |
| 10/23/2024 | Filing | 231 | AMENDED COMPLAINT | First Amended Complaint | AMENDED COMPLAINT.pdf |
| 10/23/2024 | Filing | 227 | NOTICE OF FILING | Notice of Filing of Amended Complaint Exhibit E (Part 4) | NOTICE OF FILING.pdf |
| 10/23/2024 | Filing | 233 | NOTICE | Notice of Filing of Amended Complaint Exhibit A (Part 2) | NOTICE.pdf |
| 10/23/2024 | Filing | 224 | NOTICE OF FILING | Notice of Filing of Amended Complaint Exhibit E (Part 1) | NOTICE OF FILING.pdf |
| 10/23/2024 | Filing | 232 | NOTICE OF FILING | Notice of Filing of Amended Complaint Exhibit A (Part 1) | NOTICE OF FILING.pdf |
| 10/23/2024 | Filing | 225 | NOTICE OF FILING | Notice of Filing of Amended Complaint Exhibit E (Part 2) | NOTICE OF FILING.pdf |
| 10/23/2024 | Filing | 230 | NOTICE OF FILING | Notice of Filing of Amended Complaint Exhibit M_Redacted | NOTICE OF FILING.pdf |
| 10/23/2024 | Filing | 228 | NOTICE OF FILING | Notice of Filing of Amended Complaint Exhibit E (Part 5) | NOTICE OF FILING.pdf |
| 10/23/2024 | Filing | 223 | NOTICE OF FILING | Notice of Filing of Amended Complaint Exhibits B-D, F-L and N | NOTICE OF FILING.pdf |
| 10/23/2024 | Filing | 229 | NOTICE OF FILING | Notice of Filing of Amended Complaint Exhibit E (Part 6) | NOTICE OF FILING.pdf |
| 11/4/2024 | Filing | 235 | RESPONSE | Defendants Lee Caudell, Inc.'s and Pinball Amusements, LLC's Opposition to Plaintiff's Motion for Partial Reconsideration | RESPONSE.pdf |

| Date | Event | Index # | Type | Comments | Documents |
|---|---|---|---|---|---|
| 11/4/2024 | Filing | 234 | RESPONSE | Defendant Advance Amusement, LLC's Response in Opposition to Plaintiff's Motion for Partial Reconsideration | RESPONSE.pdf |
| 11/4/2024 | Filing | 237 | RESPONSE | DEFENDANT ANIL DAMANI'S RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL RECONSIDERATION | RESPONSE.pdf |
| 11/5/2024 | Filing | 238 | NOTICE | DEFENDANT TONY KASSAMS NOTICE OF JOINDER IN CODEFENDANTS RESPONSES IN OPPOSITION TO PLAINTIFFS MOTION FOR RECONSIDERATION | NOTICE.pdf |
| 11/5/2024 | Filing | 242 | NOTICE | DEFENDANTS LINARES, HAQUE, MOTIN, AND BLUE GEORGIA???S NOTICE OF JOINDER IN RESPONSES IN OPPOSITION TO PLAINTIFF???S MOTION FOR PARTIAL RECONSIDERATION | NOTICE.pdf |
| 11/5/2024 | Filing | 239 | NOTICE | Notice of Joinder | NOTICE.pdf |
| 11/5/2024 | Filing | 243 | NOTICE | Defendant Angel Amusements, LLC's Notice of Joinder in Opposition to Plaintiff's Motion for Partial Reconsideration | NOTICE.pdf |
| 11/5/2024 | Filing | 241 | RESPONSE | Notice of Joinder in Opp. to Pl.'s MPR | RESPONSE.pdf |
| 11/5/2024 | Filing | 240 | NOTICE | Defendants Imran Ali & Meyergold, LLC's Notice of Joinder | NOTICE.pdf |
| 11/6/2024 | Filing | 246 | MOTION | Plaintiff's Motion to Add Parties | MOTION.pdf |
| 11/6/2024 | Filing | 245 | NOTICE | Dynamic Gaming LLC's Notice of Joinder | NOTICE.pdf |
| 11/6/2024 | Filing | 244 | RESPONSE | DEFENDANT UNIQUE AMUSEMENT, LLCS NOTICE OF JOINDER IN CODEFENDANTS RESPONSES IN OPPOSITION TO PLAINTIFFS MOTION FOR RECONSIDERATION | RESPONSE.pdf |
| 11/7/2024 | Filing | 247 | MOTION | Defendant Prestige Amusement, LLC's Motion to Dismiss Plaintiff's Amended Complaint | MOTION.pdf |
| 11/7/2024 | Filing | 248 | MEMORANDUM OF LAW | Defendant Klass Amusement, LLC's Memorandum of Law in Support of Motion to Dismiss Plaintiff's First Amended Complaint | MEMORANDUM OF LAW.pdf |
| 11/7/2024 | Filing | 249 | MOTION | Motion to Dismiss Amended Complaint | MOTION.pdf |
| 11/8/2024 | Filing | 250 | STIPULATION EXTENDING TIME | Joint Stipulation to Extend Time to Respond to Amended Complaint | STIPULATION EXTENDING TIME.pdf |
| 11/8/2024 | Filing | 251 | Answer | AKS Answer to Plaintiff's First Amended Complaint | ANSWER/RESPONSE.pdf |
| 11/12/2024 | Filing | 254 | MOTION | Defendant Anil Damani and Non-Party 27th Entities' Second Motion for Protective Order | MOTION.pdf |

| Date | Event | Index # | Type | Comments | Documents |
|---|---|---|---|---|---|
| 11/12/2024 | Filing | 252 | MOTION | Defendants Lee Caudell, Inc.'s and Pinball Amusement, LLC's Motion to Dismiss or Alternatively for Judgment on the Pleadings | MOTION.pdf |
| 11/12/2024 | Filing | 253 | NOTICE OF FILING | Notice of Filing Exhibits | NOTICE OF FILING.pdf |
| 11/13/2024 | Filing | 255 | LEAVE OF ABSENCE | Notice of Leave of Absence for Attorney Sanford A. Wallack for January 2-3, 6-8, 16-17, and 21-23, 2025 | LEAVE OF ABSENCE.pdf |
| 11/13/2024 | Filing | 256 | NOTICE | Defendant Klass Amusement, LLC's Notice of Joinder | Defendant Klass Amusement, LLC's Notice of Joinder.pdf |
| 11/18/2024 | Filing | 258 | MOTION | Tony Kassam's Motion to Dismiss or Alternatively for Judgment on the Pleadings | MOTION.pdf |
| 11/18/2024 | Filing | 259 | MOTION | Defendant Angel Amusements, LLC's Motion to Dismiss Plaintiff's First Amended Complaint and Brief in Support | MOTION.pdf |
| 11/18/2024 | Filing | 257 | NOTICE | Notice of Joinder | NOTICE.pdf |
| 11/20/2024 | Filing | 261 | ORDER | ORDER DENYING PLAINTIFF'S MOTION FOR PARTIAL RECONSIDERATION | ORDER.pdf |
| 11/21/2024 | Filing | 262 | MOTION | Dynamic Gaming LLC's Motion to Dismiss | MOTION.pdf |
| 11/21/2024 | Filing | 260 | NOTICE OF FILING | Plaintiff's Notice of Filing Publisher's Affidavits | NOTICE OF FILING.pdf |
| 11/22/2024 | Filing | 267 | MOTION | Motion to Dismiss of Jonathan Howard | MOTION.pdf |
| 11/22/2024 | Filing | 266 | Answer | Answer of Jonathan Howard | ANSWER/RESPONSE.pdf |
| 11/22/2024 | Filing | 268 | NOTICE | Peak's Joinder in Motion to Dismiss | NOTICE.pdf |
| 11/22/2024 | Filing | 265 | ENTRY/NOTICE OF APPEARANCE | Notice of Appearance for Jonathan Howard | ENTRY/NOTICE OF APPEARANCE.pdf |
| 11/22/2024 | Filing | 264 | LEAVE OF ABSENCE | Leave of Absence | LEAVE OF ABSENCE.pdf |
| 11/22/2024 | Filing | 263 | MOTION | Defendant Prestige Amusement, LLC's Motion for Protective Order | MOTION.pdf |
| 12/3/2024 | Filing | 269 | NOTICE | Notice of Joinder | NOTICE.pdf |
| 12/6/2024 | Filing | 270 | MOTION | Defendants Imran Ali and Meyersgold, LLC's Motion to Dismiss or Alternatively Judgment on the Pleadings | MOTION.pdf |
| 12/6/2024 | Filing | 271 | RESPONSE | Damani Response to Motion to Add Parties | RESPONSE.pdf |
| 12/9/2024 | Filing | 274 | RESPONSE | Plaintiff's Response in Opposition to Defendant Anil Damani's Motion to Dismiss First Amended Complaint | RESPONSE.pdf |
| 12/9/2024 | Filing | 273 | RESPONSE | Plaintiff's Response in Opposition to Defendant Prestige Amusement, LLC's Motion to Dismiss Plaintiff's First Amended Complaint | RESPONSE.pdf |
| 12/9/2024 | Filing | 272 | RESPONSE | Plaintiff's Response in Opposition to Defendant Klass Amusement, LLC's Motion to Dismiss Plaintiff's First Amended Complaint | RESPONSE.pdf |

| Date | Event | Index # | Type | Comments | Documents |
|---|---|---|---|---|---|
| 12/10/2024 | Filing | 275 | LEAVE OF ABSENCE | Leave of Absence | LEAVE OF ABSENCE.pdf |
| 12/12/2024 | Filing | 276 | RESPONSE | Plaintiff's Response in Opposition to Defendants Caudell and Pinball MTD | RESPONSE.pdf |
| 12/12/2024 | Filing | 277 | RESPONSE | Plaintiff's Response in Opposition to Anil Damani's and Nonparty 27th Entities' 2nd Motion for a Protective Order | RESPONSE.pdf |
| 12/16/2024 | Filing | 278 | RESPONSE | Plaintiff's Response in Opposition to Defendant Tony Kassam's MTD Amended Complaint | RESPONSE.pdf |
| 12/18/2024 | Filing | 279 | RESPONSE | Response Opposing Angel Amusement, LLC's Motion to Dismiss | RESPONSE.pdf |
| 12/20/2024 | Filing | 281 | RESPONSE | Plaintiff's Response to Defendant AKS Amusement, Inc.'s Notice of Joinder in Defendants Lee Caudell, Inc.'s and Pinball Amusement, LLC's Motion to Dismiss or Alternatively, for Judgment on the Pleadings | RESPONSE.pdf |
| 12/20/2024 | Filing | 280 | REPLY | Plaintiff's Reply in Support of Its Motion to Add Parties | REPLY.pdf |
| 12/20/2024 | Filing | 283 | RESPONSE | Plaintiff's Response in Opposition to Defendant Dynamic Gaming, LLC's Motion to Dismiss or, Alternatively, for Judgment on the Pleadings | RESPONSE.pdf |
| 12/20/2024 | Filing | 282 | RESPONSE | Plaintiff's Response in Opposition to Defendants Imran Ali's and Meyersgold, LLC's Motion to Dismiss or Alternatively Judgment on the Pleadings | RESPONSE.pdf |
| 12/20/2024 | Filing | 285 | RESPONSE | Plaintiff's Response to Defendant Peak Amusement, LLC's Notice of Joinder in Defendants Lee Caudell, Inc.'s and Pinball Amusement, LLC's Motion to Dismiss or Alternatively, for Judgment on the Pleadings | RESPONSE.pdf |
| 12/20/2024 | Filing | 284 | RESPONSE | Plaintiff's Response in Opposition to Defendant Howard's Motion to Dismiss | RESPONSE.pdf |
| 12/20/2024 | Filing | 286 | RESPONSE | Plaintiff's Response in Opposition to Defendant Prestige Amusement, LLC's Second Motion for a Protective Order | RESPONSE.pdf |
| 1/2/2025 | Filing | 287 | NOTICE OF FILING | PEREMPTORY STATUS CONFERENCE JANUARY 14,2025 AT 2 PM VIA ZOOM https://zoom.us/j/92531612271 | NOTICE OF FILING.pdf |
| 1/2/2025 | Filing | 288 | MOTION | Defendant Advance Amusement LLC's Motion to Dismiss Plaintiff's First Amended Complaint or, Alternatively, for Judgment on the Pleadings and Notice of Joinder | MOTION.pdf |

| Date | Event | Index # | Type | Comments | Documents |
|---|---|---|---|---|---|
| 1/3/2025 | Filing | 289 | NOTICE | AMENDED NOTICE TO ATTEND PEREMPTORY STATUS HEARING (CONDUCTED VIA ZOOM VIDEO CONFERENCE) ON JANUARY 14, 2025 at 2:00 P.M | NOTICE.pdf |
| 1/8/2025 | Filing | 290 | LEAVE OF ABSENCE | Notice of Leave | LEAVE OF ABSENCE.pdf |
| 1/9/2025 | Filing | 292 | ORDER OF RECUSAL | VOLUNTARY RECUSAL ORDER | ORDER OF RECUSAL.pdf |
| 1/9/2025 | Filing | 291 | LEAVE OF ABSENCE | Leave of Absence for Amanda Clark Palmer | 20250108 - LOA for Amanda - state copy.pdf.pdf |
| 1/9/2025 | Filing | 293 | MOTION TO RECUSE | Plaintiff's Motion to Recuse | MOTION TO RECUSE.pdf |
| 1/14/2025 | Hearing | | STATUS CONFERENCE | - | - |
| 1/17/2025 | Filing | 294 | LEAVE OF ABSENCE | Notice of Leave of Absence for Attorney Sanford A. Wallack for February 3-4, 10, 21, and 24-26, 2025; March 6-7, 20-21, 24-25, and 27-28, 2025; and April 1-2, 7-8, 17-18, 21-22, 24-25, and 28-29, 2025 | LEAVE OF ABSENCE.pdf |
| 1/29/2025 | Filing | 295 | RESPONSE | Plaintiff's Response in Opposition to Defendant Advance Amusement, LLC's Motion to Dismiss Plaintiff's First Amended Complaint, or Alternatively, for Judgment on the Pleadings and Notice of Joinder | RESPONSE.pdf |
| 2/14/2025 | Filing | 296 | LEAVE OF ABSENCE | Notice of Leave of Absence for Charles P. Boring | LEAVE OF ABSENCE.pdf |
| 2/18/2025 | Filing | 297 | LEAVE OF ABSENCE | Notice of Leave of Absence | LEAVE OF ABSENCE.pdf |
| 2/18/2025 | Filing | 298 | LEAVE OF ABSENCE | LOA (MGL) | LEAVE OF ABSENCE.pdf |
| 2/24/2025 | Filing | 299 | RESPONSE | Defendant Advance Amusement LLC's Reply in Support of Its Motion to Dismiss Plaintiff's First Amended Complaint or, Alternatively, for Judgment on the Pleadings and Notice of Joinder | RESPONSE.pdf |
| 3/6/2025 | Filing | 300 | LEAVE OF ABSENCE | Notice of Leave of Absence | LEAVE OF ABSENCE.pdf |
| 3/7/2025 | Filing | 301 | LEAVE OF ABSENCE | Notice of Leave of Absence for Attorney Sanford A. Wallack for May 5-9, 13-16, 21-23, and 27-29, 2025 | LEAVE OF ABSENCE.pdf |
| 3/20/2025 | Filing | 302 | LEAVE OF ABSENCE | Notice of Leave of Absence - G. Michell | LEAVE OF ABSENCE.pdf |
| 4/11/2025 | Filing | 303 | LEAVE OF ABSENCE | Steven Kushner Leave of Absence | LEAVE OF ABSENCE.pdf |
| 5/2/2025 | Filing | 304 | LEAVE OF ABSENCE | Notice of Leave of Absence for Attorney Sanford A. Wallack for June 19-20, 23-27, and 30, 2025; July 1-3, 7-8, and 31, 2025; and August 1, 4-8, 11-12, and 28-29, 2025 | LEAVE OF ABSENCE.pdf |
| 5/5/2025 | Filing | 305 | NOTICE OF HEARING | Notice of Status Conference | Notice of Status Conference.pdf |
| 5/7/2025 | Filing | 306 | LEAVE OF ABSENCE | Notice of Leave of Absence - G. Michell | LEAVE OF ABSENCE.pdf |
| 5/15/2025 | Filing | 307 | LEAVE OF ABSENCE | Leave of Absence for Paul S. Suda | LEAVE OF ABSENCE.pdf |

| Date | Event | Index # | Type | Comments | Documents |
|---|---|---|---|---|---|
| 5/15/2025 | Filing | 308 | LEAVE OF ABSENCE | Leave of Absence | LEAVE OF ABSENCE.pdf |
| 5/19/2025 | Filing | 309 | LEAVE OF ABSENCE | LOA | LEAVE OF ABSENCE.pdf |
| 5/21/2025 | Filing | 311 | STATEMENT-OTHER | DEFENDANT UNIQUE AMUSEMENT, LLCS STATEMENT OF THEORY OF RECOVERY AND MATERIAL FACTS TO WHICH THERE IS NO ISSUE TO BE TRIED | STATEMENT-OTHER.pdf |
| 5/21/2025 | Filing | 310 | MOTION FOR SUMMARY JUDGMENT | DEFENDANT UNIQUE AMUSEMENT, LLC'S MOTION FOR SUMMARY JUDGMENT | MOTION FOR SUMMARY JUDGMENT.pdf |
| 5/21/2025 | Filing | 312 | NOTICE OF FILING | NOTICE OF FILING AFFIDAVIT OF ALTAF POPATIYA PART 1 | NOTICE OF FILING.pdf |
| 5/21/2025 | Filing | 313 | NOTICE OF FILING | NOTICE OF FILING AFFIDAVIT OF ALTAF POPATIYA PART 2 | NOTICE OF FILING.pdf |
| 5/28/2025 | Filing | 314 | NOTICE | DEFENDANTS LINARES, HAQUE, MOTIN, AND BLUE GEORGIA NOTICE OF JOINDER FOR MOTIONS TO DISMISS | NOTICE OF JOINDER.pdf |
| 6/5/2025 | Filing | 315 | AMENDED COMPLAINT | Second Amended Complaint | AMENDED COMPLAINT.pdf |
| 6/5/2025 | Filing | 317 | NOTICE OF FILING | Notice of Filing of Exhibit A (Part 2) to Plaintiff's Second Amended Complaint | NOTICE OF FILING.pdf |
| 6/5/2025 | Filing | 316 | NOTICE OF FILING | Notice of Filing of Exhibit A (Part 1) to Plaintiff's Second Amended Complaint | NOTICE OF FILING.pdf |
| 6/5/2025 | Filing | 320 | NOTICE OF FILING | Notice of Filing of Exhibit E (Part 3) to Plaintiff's Second Amended Complaint | NOTICE OF FILING.pdf |
| 6/5/2025 | Filing | 319 | NOTICE OF FILING | Notice of Filing of Exhibit E (Part 2) to Plaintiff's Second Amended Complaint | NOTICE OF FILING.pdf |
| 6/5/2025 | Filing | 318 | NOTICE OF FILING | Notice of Filing Exhibit E (Part 1) to Plaintiff's Second Amended Complaint | NOTICE OF FILING.pdf |
| 6/5/2025 | Filing | 321 | NOTICE OF FILING | Notice of Filing of Exhibit E (Part 4) to Plaintiff's Second Amended Complaint | NOTICE OF FILING.pdf |
| 6/5/2025 | Filing | 323 | NOTICE OF FILING | Notice of Filing of Exhibit E (Part 6) to Plaintiff's Second Amended Complaint | NOTICE OF FILING.pdf |
| 6/5/2025 | Filing | 322 | NOTICE OF FILING | Notice of Filing of Exhibit E (Part 5) to Plaintiff's Second Amended Complaint | NOTICE OF FILING.pdf |
| 6/5/2025 | Filing | 325 | NOTICE OF FILING | Notice of Filing of Exhibits B-D, F-L and N to Plaintiff's Second Amended Complaint | NOTICE OF FILING.pdf |
| 6/5/2025 | Filing | 324 | NOTICE OF FILING | Notice of Filing of Exhibit M to Plaintiff's Second Amended Complaint | NOTICE OF FILING.pdf |
| 6/11/2025 | Filing | 326 | ORDER | Order Appointing Special Master | ORDER.pdf |
| 6/11/2025 | Filing | 327 | AFFIDAVIT | Affidavit of J. Clay Fuller | AFFIDAVIT.pdf |

| Date | Event | Index # | Type | Comments | Documents |
|---|---|---|---|---|---|
| 6/20/2025 | Filing | 328 | LEAVE OF ABSENCE | Notice of Leave of Absence for Attorney Sanford A. Wallack for July 18 and 21-22, 2025; September 2-3, 12, 15, 19, and 22-23, 2025; and October 2-3, 6-10, 13-15, and 31, 2025 | LEAVE OF ABSENCE.pdf |
| 6/23/2025 | Filing | 329 | RESPONSE | Plaintiff's Response in Opposition to Defendant Unique Amusement, LLC's Motion for Summary Judgment | RESPONSE.pdf |
| 6/23/2025 | Filing | 330 | RESPONSE | Plaintiff's Response to Def. Unique Amusement, LLC's Stmt of Plaintiff's Theory of Recovery and Undisputed Material Facts | RESPONSE.pdf |
| 6/26/2025 | Filing | 331 | ORDER | Order Setting Status Conference | Order Setting Status Conference.pdf |
| 7/1/2025 | Filing | 332 | RESPONSE | Defendants Lee Caudell, Inc.'s and Pinball Amusements, LLC's Reply In Support of Motion to Dismiss Amended Complaint or Alternatively for Judgment on the Pleadings | Reply.pdf |
| 7/8/2025 | Filing | 333 | LEAVE OF ABSENCE | OF AMANDA R. CLARK | LEAVE OF ABSENCE.pdf |
| 7/8/2025 | Filing | 334 | REPLY | In Support of Defendant Anil Damani's Motion to Dismiss First Amended Complaint | REPLY.pdf |
| 7/9/2025 | Filing | 335 | LEAVE OF ABSENCE | Notice of Leave of Absence - JMM | LEAVE OF ABSENCE.pdf |
| 7/9/2025 | Filing | 336 | LEAVE OF ABSENCE | Notice of Leave | LEAVE OF ABSENCE.pdf |
| 7/10/2025 | Filing | 337 | BRIEF | Defendant Angel Amusements, LLC's Reply in Support of its Motion to Dismiss Plaintiff's First Amended Complaint | BRIEF.pdf |
| 7/30/2025 | Filing | 338 | LEAVE OF ABSENCE | Steven Kushner- Leave of Absence | LEAVE OF ABSENCE.pdf |

© 2025 Tyler Technologies, Inc. | All Rights Reserved
Version: 2025.7.4.1459

