# EXHIBIT D

Fulton County Superior Court
***EFILED***QW
Date: 11/20/2024 12:01 PM
Che Alexander, Clerk

## IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| ARC GAMING AND TECHNOLOGIES, LLC f/k/a LUCKY BUCKS, LLC, | ) ) ) CIVIL ACTION |
| Plaintiff, | ) ) FILE NUMBER: 24CV000131 |
| v. | ) ) ) |
| ANIL DAMANI, et al., | ) ) ) |
| Defendants. | ) ) |

### ORDER DENYING PLAINTIFF'S MOTION FOR PARTIAL RECONSIDERATION

The above-styled matter is currently before the Court on Plaintiff's motion for partial reconsideration, filed on October 4, 2024. Defendants filed responses or joined in the filed responses. Plaintiff asks this Court to partially reconsider its order entered on September 23, 2024 dismissing Plaintiff's claims for misappropriation of trade secrets (Count II), trover (Count III) and conversion (Count IV). Having considered the legal and factual arguments set forth in the motion and responses, as well as the applicable principles of law and equity, the Court hereby **DENIES** the motion for partial reconsideration as Plaintiff has failed to offer newly discovered evidence to supports its claims and has not identified a change in the controlling law.

SO ORDERED this 20th day of November, 2024.

_____
JUDGE ALICE BENTON
FULTON COUNTY SUPERIOR COURT
ATLANTA JUDICIAL CIRCUIT

**Copies via efile**