# EXHIBIT E

Fulton County Superior Court
\*\*\*EFILED\*\*\*KJ
Date: 6/11/2024 5:53 PM
Che Alexander, Clerk

# IN THE SUPERIOR COURT OF FULTON COUNTY
# METRO ATLANTA BUSINESS CASE DIVISION
# STATE OF GEORGIA

| | |
|---|---|
| ARC GAMING AND TECHNOLOGIES, LLD f/k/a LUCKY BUCKS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ANIL DAMANI et al.,<br><br>Defendants. | CIVIL ACTION FILE NO. 24CV000131 |

## ORDER DENYING PLAINTIFF'S MOTION TO TRANSFER TO METRO ATLANTA BUSINESS CASE DIVISION

The above-styled matter comes before the Court on Plaintiff Arc Gaming and Technologies, LLC f/k/a Lucky Bucks, LLC's Motion to Transfer to Metro Atlanta Business Case Division ("Motion"). Pursuant to Atlanta Judicial Circuit Rule 1004, the Business Division Committee has reviewed the Motion and declined the transfer, and, accordingly, the Motion is hereby **DENIED**. The case shall remain assigned to the Honorable Alice Benton.

**SO ORDERED this 11th day of June, 2024.**

/s/    *Ural Glanville*
Ural Glanville, Chief Judge
Superior Court of Fulton County
Atlanta Judicial Circuit