# EXHIBIT F

Fulton County Superior Court
***EFILED***QW
Date: 1/9/2025 3:41 PM
Che Alexander, Clerk

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| ARC GAMING AND TECHNOLOGIES, ) <br> LLC f/k/a LUCKY BUCKS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANIL DAMANI, et al., ) <br> ) <br> Respondent. ) | CIVIL ACTION <br> FILE NO.:  24CV000131 |

**VOLUNTARY RECUSAL ORDER**

The Court, having considered the entire record and applicable law, voluntarily recuses itself from this matter so not to have the appearance of bias, prejudice, unequal treatment and/or impropriety; but to promote the appearance of impartiality and fairness towards all parties in the above-styled case.  This voluntary recusal is entered pursuant to Uniform Superior Court Rule 25.7 and shall not be construed as either an admission or denial to the allegations set out in Plaintiff's Recusal Motion.  The Court further refers this case to the Clerk of Court for reassignment pursuant to the Uniform Superior Court Rules.

**SO ORDERED** this 9th day of January, 2025.

_____
**HON. SHERMELA J. WILLIAMS**
**Judge, Superior Court of Fulton County**
**Atlanta Judicial Circuit**