# EXHIBIT G

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| ARC Gaming, LLC f/k/a Lucky Bucks, LLC<br><br>　　　Plaintiff,<br><br>v.<br><br>Anil Damani,<br>Tony Kassam,<br>Imran Ali,<br>Al Amin Sayani,<br>Derek Smith,<br>Jonathan Howard,<br>Arnaldo "Jonathan Linares" Perez,<br>Shakeel Haque,<br>Anand Vaswani,<br>Mohibul Motin,<br>Muhammed Christi,<br>Angel Amusements, LLC,<br>Dynamic Gaming, LLC,<br>Unique Amusements, LLC,<br>AKS Amusements, Inc.,<br>Advance Amusement, LLC,<br>Klass Amusement, LLC,<br>Prestige Amusement, LLC,<br>Lee Caudell, Inc.,<br><br>Pinball Amusement, LLC,<br>Peak Amusement, LLC,<br>Meyersgold, LLC,<br>Blue Georgia 1000, Inc.,<br>Georgia Winners, LLC, and<br>Klass Entertainment Group, LLC,<br><br>　　　Defendants | CIVIL ACTION FILE<br><br>NO. 24CV000131 |

## ORDER APPOINTING SPECIAL MASTER

After having informed the parties at a status conference on May 23, 2025 of the Court's inclination to appoint a special master, and having heard from the parties regarding that issue, and

in consideration of the record in this case and for good cause shown, the Court hereby appoints the Honorable J. Clay Fuller as the Special Master for purposes of discovery and pretrial management, subject to the terms and conditions set forth herein:

**Duties**

The Special Master is hereby directed to proceed with all reasonable diligence to perform the following functions:

A. <u>Case Management</u>: The Special Master shall have the authority to conduct scheduling conferences, establish case management orders and discovery schedules, and otherwise perform such acts necessary to expeditiously and efficiently move the case through the discovery process.

B. <u>Conflict Resolution</u>: The Special Master shall have the power to entertain all motions for relief brought by the parties concerning discovery, with or without a hearing, and shall issue written rulings thereon with all reasonable diligence upon submission to the Special Master. Included within the power to conduct hearings on motions shall be the power to receive testimony under oath before a court reporter, and to preside over the reception of evidence into the record.

C. <u>Settlement</u>: The Special Master may serve as a mediator if requested by the parties to facilitate settlement of the case.

D. <u>Sanctions</u>: The Special Master may impose sanctions upon any party for failure to comply with discovery requirements.

E. <u>Other Duties</u>: The Special Master shall have the authority to hear evidence and testimony under oath before a court reporter and make proposed findings of fact and conclusions of law regarding pending motions, dispositive or otherwise, which the Court may or may not adopt. The Special Master may perform such other and further tasks not specifically enumerated herein if such additional tasks are undertaken in furtherance of the Court's scope of appointment. The

Special Master may perform additional tasks and functions (including, but not limited to, ruling on motions for non-discovery related injunctive relief) if the parties consent thereto, or if the Court, upon application of one of the parties, specifically appoints the Special Master to so act. The Special Master shall otherwise have all the authority granted by Uniform Superior Court Rule 46.

**Conduct of Parties**

The parties are instructed to cooperate with the Special Master in all respects, including, but not limited to, making available to the Special Master any facilities, files, databases, documents, or other materials the Special Master may request to fulfill the Special Master's duties hereunder. The parties are not permitted to engage in *ex parte* communication with the Special Master or the Special Master's administrative staff, except as would be permitted with the Court and the Court's staff, or except as such communications may relate to settlement of the case where the Special Master has been asked to serve as a mediator.

**Compensation of the Special Master**

The Court has considered the fairness of imposing the likely cost of the Special Master on the parties and has taken steps to protect against unreasonable expense and delay. In light of the determined need for the appointment of the Special Master, the Court concludes that the parties shall bear and pay the costs of the Special Master at the rate of $750.00 per hour plus reasonable

expenses, including but not limited to any administrative expenses from JAMS. These costs shall be divided among the parties as follows unless otherwise ordered by the Judge:

| | |
|---|---|
| **Plaintiffs** | 50% |
| **Defendants** | |
| Anil Damani, | 6% |
| Tony Kassam, | 2% |
| Imran Ali, | 1% |
| Al Amin Sayani, | |
| Derek Smith, | |
| Jonathan Howard, | .5% |
| Arnaldo "Jonathan Linares" Perez, | .5% |
| Shakeel Haque, | .5% |
| Anand Vaswani, | .5% |
| Mohibul Motin, | .5% |
| Muhammed Christi, | |
| Angel Amusements, LLC, | 3% |
| Dynamic Gaming, LLC, | 3.5% |
| Unique Amusements, LLC, | 3.5% |
| AKS Amusements, Inc., | 3% |
| Advance Amusement, LLC, | 3% |
| Klass Amusement, LLC, | 3% |
| Prestige Amusement, LLC, | 3% |

| | |
|---|---|
| Lee Caudell, Inc., | 3.5% |
| Pinball Amusement, LLC, | 3% |
| Peak Amusement, LLC, | 3.5% |
| Meyersgold, LLC, | 3% |
| Blue Georgia 1000, Inc., | 3.5% |
| Georgia Winners, LLC, and | |
| Klass Entertainment Group, LLC, | |

**Miscellaneous**

The Special Master, by accepting this appointment and as set forth in the Affidavit (to be efiled under separate cover), represents to the Court that there are no matters within the scope of this appointment for which the Special Master could or should be disqualified, and that the Special Master accepts the terms and conditions of this appointment set forth herein.

The Special Master shall in all respects comply with this Order and with Uniform Superior Court Rule 46.

SO ORDERED, this 11th day of June, 2025.

_____
Honorable Jane C. Barwick
Judge, Superior Court of Fulton County
Atlanta Judicial Circuit