# EXHIBIT I

Fulton County Superior Court
***EFILED***IF
Date: 6/26/2025 2:39 PM
Che Alexander, Clerk

# IN THE SUPERIOR COURT OF FULTON COUNTY
# STATE OF GEORGIA

| | |
|---|---|
| ARC Gaming, LLC f/k/a Lucky Bucks, LLC | |
| Plaintiff, | CIVIL ACTION FILE |
| v. | NO. 24CV000131 |
| Anil Damani, et al. | |
| Defendants | |

## ORDER SETTING STATUS CONFERENCE

This matter is before the undersigned based on the presiding Judge's June 11, 2025 Order. Having preliminarily reviewed the materials related to the pending motions to dismiss, the undersigned hereby sets a Status Conference with the parties.

The conference will be held via zoom, on July 11, 2025 at 10:00 a.m. The login information is as follows:

Link: https://jamsadr.zoom.us/j/99765929700

Meeting ID: 997 6592 9700

Password:    961577

The purpose of the status conference is to determine whether all parties are in agreement that the issues raised by the various Defendants' Motions To Dismiss are ripe for a Report and Recommendation based on the motions and responses already on file. Plaintiff filed a Second Amended Complaint on June 5, 2025 in which it

asserted that the filing of that Complaint "will have no impact on the pending Motions to Dismiss filed by the named Defendants." (Second Am. Compl., filed 6/5/2025).

Defendants are hereby **DIRECTED** to email the undersigned's Case Manager, Lauryn Hall, at lhall@jamsadr.com no later than close of business on July 8, 2025 to indicate whether they agree that the record is complete for purposes of considering the pending motions to dismiss. If all parties agree, it will not be necessary to have the Status Conference.

**SO ORDERED**, this 26th day of June, 2025.

*s/J. Clay Fuller*
Hon. J. Clay Fuller (Ret.)
SPECIAL MASTER

2