# EXHIBIT J

Fulton County Superior Court
***EFILED***QW
Date: 5/21/2024 4:03 PM
Che Alexander, Clerk

# IN THE SUPERIOR COURT OF FULTON COUNTY
# STATE OF GEORGIA

| | |
|---|---|
| Arc Gaming and Technologies, LLC f/k/a Lucky Bucks, LLC, ) ) ) Plaintiff, ) ) v. ) ) Anil Damani, Tony Kassam, Imran ) Ali, Al Amin Sayani, Derrick Smith, ) Jonathan Howard, Arnaldo ) "Johnathan Linares" Perez, Shakeel ) Haque, Anand Vaswani, Mohibul ) Motin, Angel Amusements, LLC, ) Dynamic Gaming, LLC, Unique ) Amusement, LLC, AKS Amusements, ) Inc., Advance Amusement, LLC, ) Klass Amusement, LLC, Prestige ) Amusement, LLC, Lee Caudell, Inc., ) Pinball Amusement, LLC, Peak ) Amusement, LLC Meyersgold, LLC, ) and Blue Georgia 1000, Inc., ) ) Defendants. ) | Civil Action File No.: 24CV000131  Judge Alice Benton |

## ORDER DENYING DEFENDANTS' MOTIONS TO STAY

This matter is before the Court on the Motion to Stay filed by Defendants Unique Amusement, LLC on February 13, 2024, and adopted by Defendants AKS Amusements, Inc., Anil Damani, Tony Kassam, Advance Amusement LLC, and Dynamic Gaming LLC. After considering the Motions to Stay, Plaintiff's response filed April 22, 2024, Plaintiff's Notice of Filing of Transcript Excerpt in Support of Plaintiff's Opposition to the Motions to Stay filed May

Page 1 of 2

13, 2024, Defendant Unique Amusement, LLC's reply brief filed May 16, 2024, and hearing argument on May 21, 2024, the Court enters the following Order.

The Agreed Scheduling Order entered April 9, 2024, by the bankruptcy court, provides that "[i]t is the Court's intention that this Adversary Proceeding, including discovery and a trial herein, should not dispossess, stay or interfere with the Georgia court's jurisdiction and responsibilities in the Georgia Litigation." (5/13/24 Pl. Filing, Ex. B.) The Court will therefore **DENY** the Motions to Stay.

**SO ORDERED**, this 21st day of May, 2024.

_____
HONORABLE ALICE BENTON
Judge, Fulton County Superior Court
Atlanta Judicial Circuit

**Service via eFileGA.**