# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LUCKY BUCKS LLC, *et al.*<br><br>*Debtors*. | Chapter 11<br><br>No. 23-10758 (KBO) |
| LB NEWHOLDCO, LLC and<br>LUCKY BUCKS, LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>TRIVE CAPITAL MANAGEMENT LLC,<br>*et al.*,<br><br>*Defendants*. | Adversary Proceeding<br><br>No. 25-50965 (KBO)<br><br>**Re: Docket Nos. 11, 12 & 13** |

## CERTIFICATE OF SERVICE

I, Peter J. Keane, hereby certify I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated on the 5th day of September 2025:

*Trive Defendants' Motion to Dismiss Plaintiffs' Complaint*

*[Sealed] Memorandum of Law in Support of Trive Defendants' Motion to Dismiss Plaintiffs' Complaint*

*[Sealed] Declaration of Ross E. Firsenbaum in Support of Trive Defendants' Motion to Dismiss Plaintiffs' Complaint*

*/s/ Peter J. Keane*
Peter J. Keane (DE Bar No. 5503)

DE:4935-0876-3695.1 85008.00001

LB Newhold v. Trive Service List by Email
Adv. Proc. No. 25-50965
Document No. 4914-1394-4678
08 – Electronic Mail

***ELECTRONIC MAIL***
*(Counsel to LB NewHoldCo, LLC and Lucky Bucks, LLC)*
Justin R. Alberto, Esq.
Patrick J. Reilley, Esq.
Stacy L. Newman, Esq.
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
**Email: jalberto@coleschotz.com; preilley@coleschotz.com; snewman@coleschotz.com**

***ELECTRONIC MAIL***
*(Counsel to LB NewHoldCo, LLC and Lucky Bucks, LLC)*
William T. Reid, IV, Esq.
Gregory S. Schwegmann, Esq.
Jeremy H. Wells, Esq.
Reid Collins & Tsai LLP
1301 S. Capital of Texas Highway, Suite C300
Austin, TX  78746
**Email: wreid@reidcollins.com; gschwegmann@reidcollins.com; jwells@reidcollins.com; asomers@reidcollins.com**

***ELECTRONIC MAIL***
*(Counsel to LB NewHoldCo, LLC and Lucky Bucks, LLC)*
Angela Somers, Esq.
Reid Collins & Tsai LLP
420 Lexington Avenue, Suite 2731
New York, NY  10170
**Email: asomers@reidcollins.com**