## Exhibit A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LUCKY BUCKS, LLC, *et al.* | No. 23-10758 (KBO) |
| Debtors. | |
| LB NEWHOLDCO, LLC and LUCKY BUCKS, LLC, | Adversary Proceeding |
| Plaintiffs, | No. 25-50965 (KBO) |
| v. | |
| TRIVE CAPITAL MANAGEMENT LLC, *et al.*, | |
| Defendants. | |

**ORDER AUTHORIZING THE TRIVE DEFENDANTS TO FILE UNDER SEAL CERTAIN LIMITED PORTIONS OF THE MEMORANDUM OF LAW IN SUPPORT OF THE TRIVE DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT, AND THE DECLARATION OF ROSS E. FIRSENBAUM IN SUPPORT OF THE TRIVE DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

Upon the *Trive Defendants' Motion Regarding the Continued Sealing of Certain Limited Portions of the Memorandum of Law in Support of the Trive Defendants' Motion to Dismiss Plaintiffs' Complaint and the Declaration of Ross E. Firsenbaum in Support of the Trive Defendants' Motion to Dismiss Plaintiffs' Complaint*, dated September 10, 2025 (the "Motion to Seal")[4], and due and sufficient notice of the Motion to Seal having been provided under the particular circumstances, and it appearing that no other or further notice need be provided; and the Court having determined that the relief sough in the Motion to Seal is in the best interests of the parties; and the Court having determined the legal and factual bases set forth in the Motion to Seal

---

[4] Unless otherwise stated, all defined terms shall have their same meaning as in the Motion to Seal.

establish just cause for the relief granted herein; after due deliberation and sufficient cause appearing therefor, it is hereby:

**ORDERED, ADJUDGED, AND DECREED THAT:**

1.      The Motion is GRANTED.

2.      The Trive Defendants are authorized to file under seal the Confidential Information in the Memorandum and Firsenbaum Declaration.

3.      The Confidential Information in the Memorandum and Firsenbaum Declaration shall remain under seal until September 24, 2025.  If no objections to the public disclosure of the Confidential Information in the Memorandum and Firsenbaum Declaration are filed by such date, the Trive Defendants shall file unredacted versions of the Memorandum and Firsenbaum Declaration within three business days thereafter.  If one or more objections are filed, the Confidential Information shall remain under seal until further order of the Court.

4.      This Court shall retain jurisdiction to interpret and implement the provisions of this Order.