# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br> LUCKY BUCKS LLC, *et al.* <br> *Debtors.* | Chapter 11 <br> No. 23-10758 (KBO) |
| LB NEWHOLDCO, LLC and <br> LUCKY BUCKS, LLC, <br> *Plaintiffs*, <br> v. <br> TRIVE CAPITAL MANAGEMENT LLC, *et al.*, <br> *Defendants*. | Adversary Proceeding <br> No. 25-50965 (KBO) |

## DECLARATION OF ROSS E. FIRSENBAUM IN SUPPORT OF
## TRIVE DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT

I, Ross E. Firsenbaum, an attorney duly admitted to practice law in the State of New York and the Commonwealth of Massachusetts, declare under penalty of perjury as follows:

1.  I am a partner at Wilmer Cutler Pickering Hale and Dorr LLP, which is counsel for Trive Capital Management LLC, Trive Capital Fund III LP, Trive Capital Fund III-A LP, TCFIII Luck LP, TCFIII Luck SPV LP, TCFIII Luck Acquisition LLC, TCFIII Luck Holdings LLC, Quantum Gaming Corp., Southern Star Gaming LLC, and Shravan Thadani (collectively, the "Trive Defendants") in the above-captioned adversary proceeding. I make this declaration in support of the Trive Defendants' Motion to Dismiss, filed herewith on September 5, 2025.

2.  Attached as **Exhibit A** is a true and accurate copy of the Credit Agreement, dated as of July 30, 2021, by and among Lucky Bucks, LLC, as Borrower; Macquarie Capital Funding

LLC, as Administrative Agent, Collateral Agent, L/C Issuer and Swing Line Lender; KeyBank National Association, as L/C Issuer; The Lenders Party Hereto From Time To Time; and Macquarie Capital (USA) Inc. and KeyBanc Capital Markets Inc., as Joint Lead Arrangers and Bookrunners.

3. Attached as **Exhibit B** is a true and accurate copy of an Officer's Certificate, dated July 30, 2021.

4. Attached as **Exhibit C** is a true and accurate copy of an email dated June 2, 2021 from Hassan Ijaz to Gillian Lupinski (and others).

5. Attached as **Exhibit D** is a true and accurate copy of an email dated July 21, 2021 from Connor Anderson to Shravan Thadani and Hassan Ijaz.

6. Attached as **Exhibit E** is a true and accurate copy of a letter dated November 26, 2024 from Greenberg Traurig, LLP (on behalf of certain Trive Defendants) to Akin Gump Strauss Hauer & Feld LLP, Plaintiffs' counsel at the time ("Akin Gump").

7. Attached as **Exhibit F** is a true and accurate copy of a letter dated February 27, 2025 from me (on behalf of certain Trive Defendants) to Akin Gump and others.

8. Attached as **Exhibit G** is a true and accurate copy of a letter dated April 24, 2025 from me (on behalf of certain Trive Defendants) to Akin Gump and others.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 5, 2025
New York, New York

*/s/ Ross E. Firsenbaum*
Ross E. Firsenbaum

# Exhibit A

# Document Filed Under Seal

# Exhibit B

# Document Filed Under Seal

# Exhibit C

# Document Filed Under Seal

# **Exhibit D**

**From:** Connor Anderson [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=91F4895C0C46465FBCE9D622833FBBF4-CONNOR ANDE]
**Sent:** 7/21/2021 9:58:56 AM
**To:** Shravan Thadani [shravanthadani@trivecapital.com]; Hassan Ijaz [hassan@luckybucksga.com]
**Subject:** RE: Reporting
**Attachments:** June 2021 Reporting.xlsx

June reporting attached. Hassan can you please send May as I don't think I've seen that either.

Best,
Connor Anderson

**Connor S. Anderson**
**Trive Capital**
469.310.9927 tel
214.455.8841 cell

---

**From:** Shravan Thadani <shravanthadani@trivecapital.com>
**Sent:** Wednesday, July 21, 2021 9:57 AM
**To:** Connor Anderson <ConnorAnderson@trivecapital.com>; Hassan Ijaz <hassan@luckybucksga.com>
**Subject:** Reporting

Can someone send me reporting for May and June (if June is available)? I don't believe I have seen either month's file.

Shravan

**Shravan Thadani**
**Trive Capital**
2021 McKinney Avenue
Suite 1200
Dallas, TX 75201
214.451.0162 tel
512.413.3400 cell
shravanthadani@trivecapital.com
www.trivecapital.com

CONFIDENTIAL                                                                                                     Trive_00046072

# Attachment Filed Under Seal

# Exhibit E



Joseph P. Davis III
Tel 617.310.6204
Fax 617.279.8403
davisjo@gtlaw.com

November 26, 2024

**VIA EMAIL**

Abid Qureshi
Sara Brauner
Amelia Cooksey
Laverne Bender
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, New York 10036
aqureshi@akingump.com
sbrauner@akingump.com
acooksey@akingump.com
lbender@akingump.com

Re: *In re Lucky Bucks Holdings LLC*, No. 23-10756-KBO

Counsel:

  I am writing in response to your request, on behalf of Arc Gaming, for access to the documents produced by Trive (as defined below) to the Trustee (as defined below) in response to the *Subpoena for Rule 2004 Examination* dated March 7, 2024 issued by Marc Abrams in his capacity as chapter 7 trustee ("Trustee") for Lucky Bucks Holdings LLC to Trive Capital Management LLC, Trive Capital Holdings LLC, Trive Capital Fund III GP LLC, Trive Capital Fund III-A GP LLC, TCFIII Luck SPV LP, and TCFIII Luck Acquisition LLC (together, "Trive") in the above-referenced case.

  In response to the subpoena and in accordance with the *Stipulation Pursuant to Local Bankruptcy Rule 20041-(a)* between the Trustee and Trive [D.I. 53] ("Stipulation"), Trive recently produced documents to the Trustee bearing the Bates numbers Trive_00085431–Trive_00155617 and Trive_00156193–Trive_00195756.

**Greenberg Traurig, LLP | Attorneys at Law**
One International Place | Suite 2000 | Boston, Massachusetts 02110 | T +1 617.310.6000 | F +1 617.310.6001

Albany. Amsterdam. Atlanta. Austin. Berlin¬. Boston. Charlotte. Chicago. Dallas. Delaware. Denver. Fort Lauderdale. Houston. Kingdom of Saudi Arabia⁑. Las Vegas. London⁑. Long Island. Los Angeles. Mexico City⁺. Miami. Milan⁎. Minneapolis. New Jersey. New York. Northern Virginia. Orange County. Orlando. Philadelphia. Phoenix. Portland. Sacramento. Salt Lake City. San Diego. San Francisco. Seoul⁎. Shanghai. Silicon Valley. Singapore⁑. Tallahassee. Tampa. Tel Aviv⁑. Tokyo⁑. United Arab Emirates⁑. Warsaw⁑. Washington, D.C. West Palm Beach. Westchester County.

Operates as: ¬Greenberg Traurig Germany, LLP; «Greenberg Traurig Khalid Al-Thebity Law Firm; *A separate UK registered legal entity; +Greenberg Traurig, S.C.; »Greenberg Traurig Santa Maria; ∞Greenberg Traurig LLP Foreign Legal Consultant Office; "Greenberg Traurig Singapore LLP; ^A branch of Greenberg Traurig, P.A., Florida, USA; ≠GT Tokyo Horitsu Jimusho and Greenberg Traurig Gaikokuhojimubegoshi Jimusho; ‹Greenberg Traurig Limited; ~Greenberg Traurig Nowakowska-Zimoch Wysokiński sp.k.

www.gtlaw.com

Based on the agreement we reached with you in September and Akin Gump having signed the Confidentiality Agreement attached to the Stipulation, Trive has instructed its discovery vendor, KL Discovery, to transfer the productions to you.

You will receive an email from KL Discovery with instructions to access the productions. The productions are encrypted. The passwords are:

| Volume   | Trive-005            |
|----------|----------------------|
| BegBates | Trive_00085431       |
| EndBates | Trive_00102821       |
| Password | 7Awr&fO0eno6ruQLs1eV |

| Volume   | Trive-006            |
|----------|----------------------|
| BegBates | Trive_00102822       |
| EndBates | Trive_00129503       |
| Password | =ruYEH9tR1?i@uxozlsT |

| Volume   | Trive-007            |
|----------|----------------------|
| BegBates | Trive_00129504       |
| EndBates | Trive_00155617       |
| Password | hiproz#kASIwlPhad3OX |

| Volume   | Trive-009[1]         |
|----------|----------------------|
| BegBates | Trive_00156193       |
| EndBates | Trive_00195756       |
| Password | zat$+3RlpoT          |

In accordance with the Stipulation, the productions contain documents that have been designated as "Confidential - Subject to Protective Order" or "Highly Confidential - Subject to Protective Order."

In addition, Trive has produced a privilege log to the Trustee. The privilege log has been designated as "Confidential - Subject to Protective Order." A copy of the privilege log is attached to the email conveying this letter.

You have agreed to abide by the terms of the Stipulation and Confidentiality Agreement. The productions are not intended to waive any applicable privileges or other legal protections pursuant to which Trive's information may not be subject to production. If Trive produces any privileged or protected information, such disclosure is inadvertent. Trive reserves all rights.

We do not anticipate making further productions in response to the subpoena.

Please do not hesitate to contact us to discuss further.

Very truly yours,

*/s/ Joseph P. Davis III*
Joseph P. Davis III

cc: Alison Holdway

---

[1] Please note that Trive made an additional production, production volume 008, bearing the Bates numbers Trive_00155618–Trive_00156192. That production was handled by WilmerHale.

# Exhibit F



February 27, 2025

**Ross E. Firsenbaum**

+1 212 295 6323 (t)
+1 212 230 8888 (f)
ross.firsenbaum@wilmerhale.com

(**Via Email**)
Susheel Kirpalani
Andrew J. Rossman
Mario O. Gazzola
QUINN EMMANUEL URQUHART
  & SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
susheelkirpalani@quinnemanuel.com
andrewrossman@quinnemanuel.com
mariogazzola@quinnemanuel.com

*Counsel to Marc Abrams, in his
Capacity as Chapter 7 Trustee for
Lucky Bucks Holdings LLC*

Abid Quereshi
Avi E. Luft
David F. Hill IV
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Part
Bank of America Tower
New York, NY 10036
aquereshi@akingump.com
aluft@akingump.com
dhill@akingump.com

*Counsel to LB NewHoldCo LLC and
Lucky Bucks, LLC*

      Re:  ***In re Lucky Bucks Holdings LLC**, No. 23-10756-KBO (Bankr. D. Del.)*

Dear Counsel:

     I write regarding the *Subpoena for Rule 2004 Examination* dated March 7, 2024 (the "Subpoena"), issued by Marc Abrams in his capacity as chapter 7 trustee for Lucky Bucks Holdings LLC (the "Trustee") to Trive Capital Management LLC, Trive Capital Holdings LLC, Trive Capital Fund III GP LLC, Trive Capital Fund III-A GP LLC, TCFIII Luck SPV LP, and TCFIII Luck Acquisition LLC (together, "Trive") in the above-referenced case.

WilmerHale

      Subject to and without waiving any of Trive's responses and objections to the Subpoena, which were served on April 2, 2023, Trive is producing documents bearing Bates numbers Trive_00195757—Trive_00197844. You will receive a separate email with a link to access the production. The production is encrypted. The password to access the production is in the cover email you just received.

      In accordance with the *Stipulation Pursuant to Local Bankruptcy Rule 2004-1(a)* between the Trustee and Trive [D.I. 53], this production contains documents that have been designated as "Confidential – Subject to Protective Order."

      This production is not intended to waive any applicable privileges or other legal protections pursuant to which Trive information may not be subject to production. If Trive produces any privileged or protected information, such disclosure is inadvertent. Trive reserves all rights. Likewise, this production is made pursuant to our January 22-23, 2025 email correspondence, in which you both agreed, on behalf of your respective clients, that the Trive Defendants could produce these documents to both of your firms.

      This production substantially completes the Trive Defendants' production of documents in response to the Subpoena.

      Please do not hesitate to contact me if you have any questions.

Best regards,


*/s/ Ross E. Firsenbaum*
Ross E. Firsenbaum


cc:    Laura Davis Jones
        Peter J. Keane
        Philip D. Anker
        Joel W. Millar

# **Exhibit G**



April 24, 2025

**Ross E. Firsenbaum**

+1 212 295 6323 (t)
+1 212 230 8888 (f)
ross.firsenbaum@wilmerhale.com

(**Via Email**)
Susheel Kirpalani
Andrew J. Rossman
Mario O. Gazzola
QUINN EMMANUEL URQUHART
  & SULLIVAN LLP
295 5th Avenue, 9th Floor
New York, NY 10016
susheelkirpalani@quinnemanuel.com
andrewrossman@quinnemanuel.com
mariogazzola@quinnemanuel.com

*Counsel to Marc Abrams, in his
Capacity as Chapter 7 Trustee for
Lucky Bucks Holdings LLC*

Abid Quereshi
Avi E. Luft
David F. Hill IV
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Part
Bank of America Tower
New York, NY 10036
aquereshi@akingump.com
aluft@akingump.com
dhill@akingump.com

*Counsel to LB NewHoldCo LLC and
Lucky Bucks, LLC*

    Re:  ***In re Lucky Bucks Holdings LLC**, No. 23-10756-KBO (Bankr. D. Del.)*

Dear Counsel:

    I write regarding the *Subpoena for Rule 2004 Examination* dated March 7, 2024 (the "Subpoena"), issued by Marc Abrams in his capacity as chapter 7 trustee for Lucky Bucks Holdings LLC (the "Trustee") to Trive Capital Management LLC, Trive Capital Holdings LLC, Trive Capital Fund III GP LLC, Trive Capital Fund III-A GP LLC, TCFIII Luck SPV LP, and TCFIII Luck Acquisition LLC (together, "Trive") in the above-referenced case.

WILMERHALE

      Subject to and without waiving any of Trive's responses and objections to the Subpoena, which were served on April 2, 2024, Trive is producing documents bearing Bates numbers Trive_00197845—Trive_00197926, and a privilege log bearing Bates number Trive_Priv_000001.  You will receive a separate email with a link to access the documents and the privilege log.  The production is encrypted.  The password to access the production is in the cover email you just received.

      In accordance with both the *Stipulation Pursuant to Local Bankruptcy Rule 2004-1(a)* between the Trustee and Trive [D.I. 53], and the *Stipulated Confidentiality and Protective Order* [Adv. D.I. 82] entered in the adversary proceeding captioned *Abrams v. Trive Capital Management LLC, et al.*, No. 24-50130 (KBO) (Bankr. D. Del. 2024), this production contains documents that have been designated as "Confidential – Subject to Protective Order."  The privilege log has also been designated as "Confidential – Subject to Protective Order."

      This production is not intended to waive any applicable privileges or other legal protections pursuant to which Trive information may not be subject to production.  If Trive produces any privileged or protected information, such disclosure is inadvertent.  Trive reserves all rights.  Likewise, this production is made pursuant to our January 22-23, 2025 email correspondence, in which you both agreed, on behalf of your respective clients, that the Trive Defendants could produce these documents to both of your firms.

      This production of documents and a privilege log completes the Trive Defendants' response to the Subpoena.

      Please do not hesitate to contact me if you have any questions.

Best regards,


*/s/ Ross E. Firsenbaum*
Ross E. Firsenbaum


cc:    Laura Davis Jones
        Peter J. Keane
        Philip D. Anker
        Joel W. Millar
        Charles C. Bridge