**Exhibit A**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LUCKY BUCKS, LLC, *et al.*<br><br>   Debtors. | Chapter 11<br><br>No. 23-10758 (KBO) |
| LB NEWHOLDCO, LLC and<br>LUCKY BUCKS, LLC,<br><br>   Plaintiffs,<br><br>v.<br><br>TRIVE CAPITAL MANAGEMENT LLC,<br>*et al.*,<br><br>   Defendants. | Adversary Proceeding<br><br>No. 25-50965 (KBO) |

**ORDER AUTHORIZING THE TRIVE DEFENDANTS TO EXCEED THE PAGE-LIMIT REQUIREMENT FOR REPLY MEMORANDUM IN SUPPORT OF TRIVE DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

Upon consideration of the motion (the "Motion")[1] of the Trive Defendants for entry of an order (this "Order") authorizing the Trive Defendants to exceed the page-limit requirement for the Reply in excess of the page limitations set forth in Local Rule 7007-2, all as more fully set forth in the Motion; and the United States District Court for the District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

2

the Court having found that the notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Trive Defendants are authorized to file the Reply of up to 20 pages in length.