# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LUCKY BUCKS, LLC, *et al.*<br><br>　　Debtors. | Chapter 11<br><br>No. 23-10758 (KBO) |
| LB NEWHOLDCO, LLC and<br>LUCKY BUCKS, LLC,<br><br>　　Plaintiffs,<br><br>v.<br><br>TRIVE CAPITAL MANAGEMENT LLC, *et al.*,<br><br>　　Defendants. | Adversary Proceeding<br><br>No. 25-50965 (KBO)<br><br><br>**Adv. Docket No. 11** |

## REQUEST FOR ORAL ARGUMENT ON TRIVE DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Pursuant to Rule 7007-3 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Court"), the above-captioned Defendants Trive Capital Management LLC, Trive Capital Fund III LP, Trive Capital Fund III-A LP, TCFIII Luck LP, TCFIII Luck SPV LP, TCFIII Luck Acquisition LLC, Southern Star Gaming, LLC, and Shravan Thadani (collectively, the "Trive Defendants") hereby provide notice that the Trive Defendants have requested oral argument on the *Trive Defendants' Motion to Dismiss Plaintiffs' Complaint* [Adv. Docket No. 11] (the "Trive MTD") and the Court has already scheduled a hearing to consider oral argument on the Trive MTD on December 10, 2025 at 9:30 a.m. (ET) and in connection with other motions filed in *Abrams v. Trive Capital Management LLC*, et al., Adv. Pro. No. 24-50130-KBO. The Trive Defendants respectfully submit that oral argument may aid the decisional process.

| | |
|---|---|
| Dated: December 5, 2025<br>      Wilmington, Delaware | Respectfully submitted,<br><br>PACHULSKI STANG ZIEHL<br>  & JONES LLP<br><br>By: */s/ Laura Davis Jones*<br>Laura Davis Jones (No. 2436)<br>Peter J. Keane (No. 5503)<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19801<br>(t) (302) 652-4100<br>(f) (302) 652-4400<br>ljones@pszjlaw.com<br>pkeane@pszjlaw.com<br><br>-and-<br><br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br><br>Philip D. Anker (admitted *pro hac vice*)<br>Ross E. Firsenbaum (admitted *pro hac vice*)<br>Charles C. Bridge (admitted *pro hac vice*)<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>(t) (212) 230-8800<br>(f) (212) 230-8888<br>philip.anker@wilmerhale.com<br>ross.firsenbaum@wilmerhale.com<br>charles.bridge@wilmerhale.com<br><br>Joel Millar (admitted *pro hac vice*)<br>2100 Pennsylvania Avenue NW<br>Washington, DC 20037<br>(t) (202) 663-6000<br>(f) (202) 663-6363<br>joel.millar@wilmerhale.com<br><br>*Attorneys for Defendants Trive Capital Management LLC, Trive Capital Fund III LP, Trive Capital Fund III-A LP, TCFIII LUCK LP, TCFIII Luck SPV LP, TCFIII Luck Acquisition LLC, Southern Star Gaming, LLC, and Shravan Thadani* |