IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LUCKY BUCKS, LLC, *et al.*<br><br>    Debtors. | Chapter 11<br><br>No. 23-10758 (KBO) |
| LB NEWHOLDCO, LLC and<br>LUCKY BUCKS, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>TRIVE CAPITAL MANAGEMENT LLC, *et al.*,<br><br>    Defendants. | Adversary Proceeding<br><br>No. 25-50965 (KBO)<br><br><br>**Re: Adv. Nos. 1, 2, 5, 11, 12, 13, 24, 25, 26, 27, 51, 53 & 57** |

**TRIVE DEFENDANTS' NOTICE OF COMPLETION OF BRIEFING REGARDING MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

**PLEASE TAKE NOTICE** that briefing is complete on the *Trive Defendants' Motion to Dismiss Plaintiffs' Complaint* [Adv. D.I. 11] (the "Motion to Dismiss") filed by Defendants Trive Capital Management LLC, Trive Capital Fund III LP, Trive Capital Fund III-A LP, TCFIII Luck LP, TCFIII Luck SPV LP, TCFIII Luck Acquisition LLC, Southern Star Gaming, LLC, and Shravan Thadani (collectively, the "Trive Defendants").

**PLEASE TAKE FURTHER NOTICE** that the following papers have been filed in connection with the Motion to Dismiss.

| TAB | Document | D.I. |
|---|---|---|
| 1. | Complaint by LB NewHoldCo, LLC and its subsidiary, Lucky Bucks, LLC against Trive Capital Management LLC, Trive Capital Fund III LP, Trive Capital Fund III-A LP, TCFIII Luck LP, TCFIII Luck SPV LP, TCFIII Luck Acquisition LLC, TCFIII Luck Holdings LLC, Quantum Gaming Corp., Southern Star Gaming LLC, Shravan Thadani, Anil Damani, LBV27, LLC, Lucky Bucks Ventures, Inc., | 1 |

| TAB | Document | D.I. |
|---|---|---|
|  | Shafik Kassam, James Boyden, Ryan Bouskill, Manu Sekhri, Seven Aces Holdings ULC, Hassan Ijaz [COVER PAGE - SEALED VERSION] |  |
| 2. | Complaint by LB NewHoldCo, LLC and its subsidiary, Lucky Bucks, LLC against Trive Capital Management LLC, Trive Capital Fund III LP, Trive Capital Fund III-A LP, TCFIII Luck LP, TCFIII Luck SPV LP, TCFIII Luck Acquisition LLC, TCFIII Luck Holdings LLC, Quantum Gaming Corp., Southern Star Gaming LLC, Shravan Thadani, Anil Damani, LBV27, LLC, Lucky Bucks Ventures, Inc., Shafik Kassam, James Boyden, Ryan Bouskill, Manu Sekhri, Seven Aces Holdings ULC, Hassan Ijaz [SEALED VERSION] | 2 |
| 3. | Complaint by LB NewHoldCo, LLC and its subsidiary, Lucky Bucks, LLC against Trive Capital Management LLC, Trive Capital Fund III LP, Trive Capital Fund III-A LP, TCFIII Luck LP, TCFIII Luck SPV LP, TCFIII Luck Acquisition LLC, TCFIII Luck Holdings LLC, Quantum Gaming Corp., Southern Star Gaming LLC, Shravan Thadani, Anil Damani, LBV27, LLC, Lucky Bucks Ventures, Inc., Shafik Kassam, James Boyden, Ryan Bouskill, Manu Sekhri, Seven Aces Holdings ULC, Hassan Ijaz [REDACTED VERSION] | 5 |
| 4. | Trive Defendants' Motion to Dismiss Plaintiffs' Complaint | 11 |
| 5. | Memorandum of Law in Support of Trive Defendants' Motion to Dismiss Plaintiffs Complaint [SEALED VERSION] | 12 |
| 6. | Declaration of Ross E. Firsenbaum in Support of Trive Defendants' Motion to Dismiss Plaintiffs Complaint [SEALED VERSION] | 13 |
| 7. | Trive Defendants' Motion Regarding the Continued Sealing of Certain Limited Portions of the Memorandum of Law in Support of the Trive Defendants' Motion to Dismiss the Plaintiffs' Complaint, and the Declaration of Ross E. Firsenbaum in Support of the Trive Defendants' Motion to Dismiss | 24 |
| 8. | Memorandum of Law in Support of Trive Defendants' Motion to Dismiss Plaintiffs' Complaint [REDACTED VERSION] | 25 |
| 9. | Declaration of Ross E. Firsenbaum in Support of Trive Defendants' Motion to Dismiss Plaintiffs' Complaint [REDACTED VERSION] | 26 |
| 10. | Letter to The Honorable Karen B. Owens Regarding Oral Argument | 27 |
| 11. | Plaintiffs' Brief in Opposition to Defendants' Motions to Dismiss the Complaint Filed by Lucky Bucks, LLC, LB NewHoldCo, LLC | 29 |
| 12. | Reply Memorandum in Support of Trive Defendants' Motion to Dismiss Plaintiffs' Complaint | 51 |
| 13. | Trive Defendants' Motion for Leave to Exceed Page-Limit Requirements for Reply Memorandum in Support of Trive Defendants' Motion to Dismiss Plaintiffs' Complaint | 53 |
| 14. | Request for Oral Argument on Trive Defendants' Motion to Dismiss Plaintiffs' Complaint | 57 |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Del. Bankr. L.R. 7007-4, a binder containing copies of this Notice of Completion of Briefing and the papers identified will be delivered to the Chambers of The Honorable Karen B. Owens.

| | |
|---|---|
| Dated: December 5, 2025<br>Wilmington, Delaware | Respectfully submitted,<br><br>PACHULSKI STANG ZIEHL<br>  & JONES LLP<br><br>By: */s/ Laura Davis Jones*<br>Laura Davis Jones (No. 2436)<br>Peter J. Keane (No. 5503)<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19801<br>(t) (302) 652-4100<br>(f) (302) 652-4400<br>ljones@pszjlaw.com<br>pkeane@pszjlaw.com<br><br>-and-<br><br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br><br>Philip D. Anker (admitted *pro hac vice*)<br>Ross E. Firsenbaum (admitted *pro hac vice*)<br>Charles C. Bridge (admitted *pro hac vice*)<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>(t) (212) 230-8800<br>(f) (212) 230-8888<br>philip.anker@wilmerhale.com<br>ross.firsenbaum@wilmerhale.com<br>charles.bridge@wilmerhale.com<br><br>Joel Millar (admitted *pro hac vice*)<br>2100 Pennsylvania Avenue NW<br>Washington, DC 20037<br>(t) (202) 663-6000<br>(f) (202) 663-6363<br>joel.millar@wilmerhale.com |

*Attorneys for Defendants Trive Capital Management LLC, Trive Capital Fund III LP, Trive Capital Fund III-A LP, TCFIII LUCK LP, TCFIII Luck SPV LP, TCFIII Luck Acquisition LLC, Southern Star Gaming, LLC, and Shravan Thadani*