# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 7 |
| LUCKY BUCKS, LLC, *et al.*, | Case No. 23-10756 (KBO) |
| *Debtor.* | |
| LB NEWHOLDCO, LLC and LUCKY BUCKS, LLC, | Adversary Proceeding |
| *Plaintiffs*, | Adv. Proc. No. 25-50965 (KBO) |
| v. | |
| TRIVE CAPITAL MANAGEMENT LLC, *et al.*, | |
| | Ref. Docket No. 16 |
| *Defendants.* | |

### REQUEST FOR ORAL ARGUMENT
### REGARDING MANAGEMENT DEFENDANTS'
### MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

Pursuant to Rule 7007-3 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Defendants Manu Sekhri, James Boyden, Ryan Bouskill, Hassan Ijaz, and Seven Aces Holdings ULC (collectively, the "Management Defendants"), by and through their undersigned counsel, hereby respectfully state that they have requested oral argument on the *Management Defendants' Motion to Dismiss the Complaint* [D.I. 16] (the "Motion") and that the Court has scheduled oral argument on the Motion for December 10, 2025 at 1:00 p.m. (ET).

12583251v.3

| | |
|---|---|
| Dated: December 5, 2025<br>Wilmington, DE | **POTTER ANDERSON & CORROON LLP**<br><br>*/s/ James R. Risener III*<br>M. Blake Cleary (No. 3614)<br>Jesse L. Noa (No. 5973)<br>James R. Risener III (No. 7334)<br>1313 N. Market Street, 6th Floor<br>Wilmington, DE 19801-6108<br>Phone: (302) 984-6026<br>Email: bcleary@potteranderson.com<br>            jnoa@potteranderson.com<br>            jrisener@potteranderson.com<br><br>-and-<br><br>**ALLEN OVERY SHEARMAN STERLING US LLP**<br>C. Luckey McDowell (admitted *pro hac vice*)<br>Ian E. Roberts (admitted *pro hac vice*)<br>Jacob Fields (admitted *pro hac vice*)<br>2601 Olive St 17th Floor<br>Dallas, TX 75201<br>Phone: (214) 271-5777<br>Email: luckey.mcdowell@aoshearman.com<br>            ian.roberts@aoshearman.com<br>            jacob.fields@aoshearman.com<br><br>-and-<br><br>Samuel Cooper (admitted *pro hac vice*)<br>800 Capitol Street, Suite 2200<br>Houston, Texas 77002<br>Phone: (713) 354-4838<br>Email:   samuel.cooper@aoshearman.com<br><br>*Counsel for the Management Defendants* |

## **CERTIFICATE OF SERVICE**

I, James R. Risener III, do hereby certify that on December 5, 2025, a copy of the foregoing *Request for Oral Argument* was served on the below parties by electronic mail.

                                      */s/ James R. Risener III*
                                      James R. Risener III (No. 7334)

| | |
|---|---|
| Justin R. Alberto, Esq. <br> Patrick J. Reilley, Esq. <br> Stacy L. Newman, Esq. <br> **COLE SCHOTZ P.C.** <br> 500 Delaware Avenue, Suite 1410 <br> Wilmington, DE 19801 <br> Email: jalberto@coleschotz.com <br>         preilley@coleschotz.com <br>         snewman@coleschotz.com | William T. Reid, IV, Esq. <br> Gregory S. Schwegmann, Esq. <br> Jeremy H. Wells, Esq. <br> **REID COLLINS & TSAI LLP** <br> 1301 S. Capital of Texas Highway, Suite C300 <br> Austin, TX 78746 <br> Email: wreid@reidcollins.com <br>         gschwegmann@reidcollins.com <br>         jwells@reidcollins.com <br>         asomers@reidcollins.com |
| Angela Somers, Esq. <br> **REID COLLINS & TSAI LLP** <br> 420 Lexington Avenue, Suite 2731 <br> New York, New York 10170 <br> Email: asomers@reidcollins.com | Alexander J. Rigby, Esq. <br> **REID COLLINS & TSAI LLP** <br> 300 Delaware Avenue, Ste. 770 <br> Wilmington, DE 19801 <br> Email: arigby@reidcollins.com |