# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>LUCKY BUCKS, LLC, *et al.*,<br><br>    *Debtor.* | Chapter 7<br><br>Case No. 23-10756 (KBO) |
| LB NEWHOLDCO, LLC and LUCKY BUCKS, LLC,<br><br>    *Plaintiffs*,<br><br>v.<br><br>TRIVE CAPITAL MANAGEMENT LLC, *et al.*,<br><br>    *Defendants*. | Adversary Proceeding<br><br>Adv. Proc. No. 25-50965 (KBO)<br><br><br><br><br><br>Ref. Docket Nos. 16 & 59 |

## NOTICE OF COMPLETION OF BRIEFING REGARDING MANAGEMENT DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

**PLEASE TAKE NOTICE** that pursuant to Rule 7007-4 of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), Defendants Manu Sekhri, James Boyden, Ryan Bouskill, Hassan Ijaz, and Seven Aces Holdings ULC (collectively, the "Management Defendants"), by and through their undersigned counsel, hereby advise the Court that briefing on the *Management Defendants' Motion to Dismiss the Complaint* [D.I. 16] (the "Motion") is now complete.

12341504v.1

**PLEASE TAKE FURTHER NOTICE** that below is a list of pleadings concerning the Motion and corresponding docket numbers.

| Tab | Date Filed / Entered | Pleading | Adv. Docket No. |
|---|---|---|---|
| 1. | 6/2/25 | *Complaint* | 1 |
| 2. | 6/2/25 | *Complaint* | 2 |
| 3. | 7/29/25 | *Order Approving Joint Stipulation Regarding Briefing Schedule for Defendants' Anticipated Motion to Dismiss* | 9 |
| 4. | 9/5/25 | *Management Defendants' Motion to Dismiss the Complaint* | 16 |
| 5. | 9/5/25 | *Brief in Support of Management Defendants' Motion to Dismiss the Complaint* | 17 |
| 6. | 9/5/25 | *Declaration of Jacob Fields in Support of Management Defendants' Motion to Dismiss the Complaint* | 18 |
| 7. | 11/4/25 | *Plaintiffs' Brief in Opposition to Defendants' Motion to Dismiss the Complaint* | 29 |
| 8. | 12/4/25 | *Reply Brief in Support of Management Defendants' Motion to Dismiss the Complaint* | 50 |
| 9. | 12/5/25 | *Request for Oral Argument Regarding Management Defendants' Motion to Dismiss the Complaint* | 59 |

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Rule 7007-4 and the Court's Chambers Procedures, two physical binders, a hyperlinked copy of this Notice of Completion of Briefing, including a zip drive containing the papers identified above, will be sent to chambers.

12341504v.1

| | |
|---|---|
| Dated: December 5, 2025<br>Wilmington, Delaware | **POTTER ANDERSON & CORROON LLP**<br><br>*/s/ James R. Risener III*<br>M. Blake Cleary (No. 3614)<br>Jesse L. Noa (No. 5973)<br>James R. Risener III (No. 7334)<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801-6108<br>Phone: (302) 984-6026<br>Email: bcleary@potteranderson.com<br>       jnoa@potteranderson.com<br>       jrisener@potteranderson.com<br><br>-and-<br><br>**ALLEN OVERY SHEARMAN STERLING US LLP**<br>C. Luckey McDowell (admitted *pro hac vice*)<br>Ian E. Roberts (admitted *pro hac vice*)<br>Jacob Fields (admitted *pro hac vice*)<br>2601 Olive St 17th Floor<br>Dallas, Texas 75201<br>Phone: (214) 271-5777<br>Email: luckey.mcdowell@aoshearman.com<br>       ian.roberts@aoshearman.com<br>       jacob.fields@aoshearman.com<br><br>-and-<br><br>Samuel Cooper (admitted *pro hac vice*)<br>800 Capitol Street, Suite 2200<br>Houston, Texas 77002<br>Phone: (713) 354-4838<br>Email: samuel.cooper@aoshearman.com<br><br>*Counsel for the Management Defendants* |

**CERTIFICATE OF SERVICE**

      I, James R. Risener III, do hereby certify that on December 5, 2025, a copy of the foregoing *Notice of Completion of Briefing Regarding Management Defendants' Motion to Dismiss the Complaint* was served on the below parties in the manner indicated.

                                                                             */s/ James R. Risener III*
                                                                             James R. Risener III (No. 7334)

| | |
|---|---|
| Justin R. Alberto, Esq.<br>Patrick J. Reilley, Esq.<br>Stacy L. Newman, Esq.<br>**COLE SCHOTZ P.C.**<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Email: jalberto@coleschotz.com<br>       preilley@coleschotz.com<br>       snewman@coleschotz.com | William T. Reid, IV, Esq.<br>Gregory S. Schwegmann, Esq.<br>Jeremy H. Wells, Esq.<br>**REID COLLINS & TSAI LLP**<br>1301 S. Capital of Texas Highway, Suite C300<br>Austin, TX 78746<br>Email: wreid@reidcollins.com<br>       gschwegmann@reidcollins.com<br>       jwells@reidcollins.com<br>       asomers@reidcollins.com |
| Angela Somers, Esq.<br>**REID COLLINS & TSAI LLP**<br>420 Lexington Avenue, Suite 2731<br>New York, New York 10170<br>Email: asomers@reidcollins.com | Alexander J. Rigby, Esq.<br>**REID COLLINS & TSAI LLP**<br>300 Delaware Avenue, Ste. 770<br>Wilmington, DE 19801<br>Email: arigby@reidcollins.com |