# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LUCKY BUCKS, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10758 (KBO) |
| LB NEWHOLDCO, LLC and LUCKY BUCKS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>TRIVE CAPITAL MANAGEMENT LLC, TRIVE CAPITAL FUND III LP, TRIVE CAPITAL FUND III-A LP, TCFIII LUCK LP, TCFIII LUCK SPV LP, TCFIII LUCK ACQUISITION LLC, TCFIII LUCK HOLDINGS LLC, QUANTUM GAMING CORP., SOUTHERN STAR GAMING LLC, SHRAVAN THADANI, ANIL DAMANI, LBV27, LLC, LUCKY BUCKS VENTURES, INC., SHAFIK KASSAM, JAMES BOYDEN, RYAN BOUSKILL, MANU SEKHRI, SEVEN ACES HOLDINGS ULC AND HASSAN IJAZ,<br><br>Defendants. | Adv. Pro. No. 25-50965 (KBO)<br><br><br><br><br><br><br><br><br><br><br><br><br><br>**Re: Adv. Pro. Nos. 1, 2, 14, 15, 23, 29, & 52** |

## DEFENDANT SHAFIK KASSAM'S REQUEST FOR ORAL ARGUMENT

Pursuant to Rule 7007-3 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Shafik Kassam ("Mr. Kassam"), by and through his undersigned counsel, hereby respectfully states that they have requested oral argument on *Defendant Shafik Kassam's Motion to Dismiss Complaint and Joinder in Co-Defendants' Motions to Dismiss* [Adv. Pro. No. 14] ("Motion to Dismiss") and that the Court has scheduled oral argument on the Motion for December 10, 2025 at 9:30 a.m. (ET).

| | |
|---|---|
| Dated: December 5, 2025<br>Wilmington, Delaware | **WOMBLE BOND DICKINSON (US) LLP**<br><br>*/s/ Morgan L. Patterson*<br>Morgan L. Patterson (DE Bar No. 5388)<br>Marcy J. McLaughlin Smith (DE Bar No. 6184)<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone  (302) 252-4320<br>Facsimile:  (302) 252-4330<br>Email: morgan.patterson@wbd-us.com<br>         marcy.smith@wbd-us.com<br><br>-and-<br><br>**GARLAND, SAMUEL, & LOEB. P.C.**<br>Amanda R. Clark Palmer<br>3151 Maple Drive<br>Atlanta, Georgia 30305<br>Telephone: (404) 262-2225<br>Facsimile:  (404) 365-5041<br>Email: aclark@gsllaw.com<br><br>*Counsel for Shafik Kassam* |