# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LUCKY BUCKS, LLC, *et al.*,<br><br>               Debtors. | Chapter 11<br><br>Case No. 23-10758 (KBO) |
| LB NEWHOLDCO, LLC and LUCKY BUCKS, LLC,<br><br>               Plaintiffs,<br><br>            v.<br><br>TRIVE CAPITAL MANAGEMENT LLC, TRIVE CAPITAL FUND III LP, TRIVE CAPITAL FUND III-A LP, TCFIII LUCK LP, TCFIII LUCK SPV LP, TCFIII LUCK ACQUISITION LLC, TCFIII LUCK HOLDINGS LLC, QUANTUM GAMING CORP., SOUTHERN STAR GAMING LLC, SHRAVAN THADANI, ANIL DAMANI, LBV27, LLC, LUCKY BUCKS VENTURES, INC., SHAFIK KASSAM, JAMES BOYDEN, RYAN BOUSKILL, MANU SEKHRI, SEVEN ACES HOLDINGS ULC AND HASSAN IJAZ,<br><br>               Defendants. | Adv. Pro. No. 25-50965 (KBO)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**Re: Adv. Pro. Nos. 1, 2, 14, 15, 23, 29, 52 & 61** |

### NOTICE OF COMPLETION OF BRIEFING WITH REGARD TO DEFENDANT SHAFIK KASSAM'S MOTION TO DISMISS COMPLAINT AND <u>JOINDER IN CO-DEFENDANTS' MOTIONS TO DISMISS</u>

**PLEASE TAKE NOTICE** that briefing is complete on the *Defendant Shafik Kassam's Motion to Dismiss Complaint and Joinder in Co-Defendants' Motions to Dismiss* [Adv. Pro. No. 14] ("<u>Motion to Dismiss</u>").

**PLEASE TAKE FURTHER NOTICE** that the following papers have been filed in connection to the Motion to Dismiss.

| TAB | BRIEFING AND OTHER PAPERS | D.I. NO. |
|---|---|---|
| 1. | Complaint by LB NewHoldCo, LLC and its subsidiary, Lucky Bucks, LLC against Trive Capital Management LLC, Trive Capital Fund III LP, Trive Capital Fund III-A LP, TCFIII Luck LP, TCFIII Luck SPV LP, TCFIII Luck Acquisition LLC, TCFIII Luck Holdings LLC, Quantum Gaming Corp., Southern Star Gaming LLC, Shravan Thadani, Anil Damani, LBV27, LLC, Lucky Bucks Ventures, Inc., 1 Case 25-50965-KBO Doc 58 Filed 12/05/25 Page 1 of 4 2 TAB Document D.I. Shafik Kassam, James Boyden, Ryan Bouskill, Manu Sekhri, Seven Aces Holdings ULC, Hassan Ijaz[1] | 1 |
| 2. | Complaint by LB NewHoldCo, LLC and its subsidiary, Lucky Bucks, LLC against Trive Capital Management LLC, Trive Capital Fund III LP, Trive Capital Fund III-A LP, TCFIII Luck LP, TCFIII Luck SPV LP, TCFIII Luck Acquisition LLC, TCFIII Luck Holdings LLC, Quantum Gaming Corp., Southern Star Gaming LLC, Shravan Thadani, Anil Damani, LBV27, LLC, Lucky Bucks Ventures, Inc., Shafik Kassam, James Boyden, Ryan Bouskill, Manu Sekhri, Seven Aces Holdings ULC, Hassan Ijaz | 2 |
| 4. | Defendant Shafik Kassam's Motion to Dismiss Complaint and Joinder Co-Defendants' Motions to Dismiss | 14 |
| 5. | [SEALED] Brief in Support of Defendant Shafik Kassam's Motion to Dismiss Complaint and Joinder Co-Defendants' Motions to Dismiss | 15 |
| 6. | [REDACTED] Brief in Support of Defendant Shafik Kassam's Motion to Dismiss Complaint and Joinder Co-Defendants' Motions to Dismiss | 23 |
| 8. | Plaintiffs' Brief in Opposition to Defendants' Motions to Dismiss the Complaint | 29 |
| 9. | Reply Brief in Support of Defendant Shafik Kassam's Motion to Dismiss Complaint and Joinder in Co-Defendants' Reply Briefs in Support of Motions to Dismiss | 52 |
| 10. | Request for Oral Argument | 61 |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Del. Bankr. L.R. 7007-4, a binder containing copies of this Notice of Completion of Briefing and the papers identified will be delivered to the Chambers of The Honorable Karen B. Owens.

---

[1] Adv. Pro. No. 1 was filed under sealed as a cover page only. The sealed version of the Complaint [Adv. Pro. No. 2] was completely unsealed by the filing of the redacted version of the Complaint [Adv. Pro. No. 5]. To avoid duplication, Adv. Pro. No. 5 is omitted from the Notice of Completion of Briefing.

|  |  |
|---|---|
| Dated: December 5, 2025<br>Wilmington, Delaware | **WOMBLE BOND DICKINSON (US) LLP**<br><br>*/s/ Morgan L. Patterson*<br>Morgan L. Patterson (DE Bar No. 5388)<br>Marcy J. McLaughlin Smith (DE Bar No. 6184)<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone  (302) 252-4320<br>Facsimile:  (302) 252-4330<br>Email: morgan.patterson@wbd-us.com<br>           marcy.smith@wbd-us.com<br><br>-and-<br><br>**GARLAND, SAMUEL, & LOEB. P.C.**<br>Amanda R. Clark Palmer<br>3151 Maple Drive<br>Atlanta, Georgia 30305<br>Telephone: (404) 262-2225<br>Facsimile:  (404) 365-5041<br>Email: aclark@gsllaw.com<br><br>*Counsel for Shafik Kassam* |