# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LUCKY BUCKS, LLC, *et al.*<br><br>    Debtors. | Chapter 11<br><br>No. 23-10758 (KBO) |
| LB NEWHOLDCO, LLC and<br>LUCKY BUCKS, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>TRIVE CAPITAL MANAGEMENT LLC,<br>*et al.*,<br><br>    Defendants. | Adversary Proceeding<br><br>No. 25-50965 (KBO)<br><br>**Related Docket Nos.: 1, 2, 19, 20, 29, 49** |

### DEFENDANTS ANIL DAMANI, LUCKY BUCKS VENTURES, INC. AND LBV27, LLC'S NOTICE OF COMPLETION OF BRIEFING

Pursuant to Rule 7007-4 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Defendants Anil Damani, Lucky Bucks Ventures, Inc. ("LBVI"), and LBV27, LLC (collectively, the "Damani Defendants"), by and through their undersigned counsel, hereby provide notice that briefing has been completed on *Defendants Anil Damani, Lucky Bucks Ventures, Inc. and LBV27, LLC's Motion to Dismiss Plaintiffs' Complaint* [Adv. Docket No. 19].

PLEASE TAKE FURTHER NOTICE that copies of the following related documents have been delivered to Chambers on this date:

| Pleadings and Documents | Tab No. |
|---|---|
| Complaint [D.I. 1; filed 6/2/25] | 1 |
| Complaint [D.I. 2; filed 6/2/25] | 2 |

| Pleadings and Documents | Tab No. |
|---|---|
| Defendants Anil Damini, Lucky Bucks Ventures, Inc. and LBV27, LLC's Motion to Dismiss Plaintiffs' Complaint [D.I. 19; filed 9/5/25] | 3 |
| Brief in Support of Defendants Anil Damini, Lucky Bucks Ventures, Inc. and LBV27, LLC's Motion to Dismiss Plaintiffs' Complaint [D.I. 20; filed 9/5/25] | 4 |
| Plaintiffs' Brief in Opposition to Defendants' Motions to Dismiss the Complaint [D.I. 29; filed 11/4/25] | 5 |
| Reply Brief in Support of Defendants Anil Damani, Lucky Bucks Ventures, Inc. and LBV27, LLC's Motion to Dismiss Plaintiffs' Complaint [D.I. 49; filed 12/4/25] | 6 |

Dated: December 8, 2025
       Wilmington, Delaware

BAYARD, P.A.

*/s/ Steven D. Adler*
Ericka Johnson (Del. Bar. No. 5024)
Steven D. Adler (Del. Bar. No. 6257)
600 N. King Street, Suite 400
Wilmington, DE 19801
Tel: (302) 655-5000
Fax: (302) 658-6395
ejohnson@bayardlaw.com
sadler@bayardlaw.com

-and-

CHILIVIS GRUBMAN
Lauren A. Warner (GA 425769)
Scott R. Grubman (GA 317011)
Brittany M. Cambre (GA 350793)
1834 Independence Square
Atlanta, Georgia 30338
Telephone: (404) 233 4171
Facsimile: (404) 261 2842
lwarner@cglawfirm.com
sgrubman@cglawfirm.com
bcambre@cglawfirm.com

*Counsel for Defendants Anil Damani, Lucky Bucks Ventures, Inc., and LBV27, LLC*