# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LUCKY BUCKS, LLC, *et al.* | Case No. 23-10758 (KBO) |
| Debtors.[1] | |
| | |
| LB NEWHOLDCO, LLC and LUCKY BUCKS, LLC, | Adversary Proceeding |
| Plaintiffs, | Adv. Pro. No. 25-50965 (KBO) |
| v. | |
| TRIVE CAPITAL MANAGEMENT LLC, TRIVE CAPITAL FUND III LP, TRIVE CAPITAL FUND III-A LP, TCFIII LUCK LP, TCFIII LUCK SPV LP, TCFIII LUCK ACQUISITION LLC, TCFIII LUCK HOLDINGS LLC, QUANTUM GAMING CORP., SOUTHERN STAR GAMING LLC, SHRAVAN THADANI, ANIL DAMANI, LBV27, LLC, LUCKY BUCKS VENTURES, INC., SHAFIK KASSAM, JAMES BOYDEN, RYAN BOUSKILL, MANU SEKHRI, SEVEN ACES HOLDINGS ULC AND HASSAN IJAZ, | |
| Defendants. | |

---

[1] The Debtors in the chapter 11 cases (the "Chapter 11 Cases"), when filed, along with the last four digits of each Debtor's federal identification number were: (i) Lucky Bucks, LLC (4376) and its Chapter 11 Case, the "Lucky Bucks Chapter 11 Case") and (ii) Lucky Bucks HoldCo, LLC (0081) and its Chapter 11 Case, the "HoldCo Chapter 11 Case" and together with the Lucky Bucks Chapter 11 Case, the "OpCo Chapter 11 Cases"). The HoldCo Chapter 11 Case was closed on September 25, 2024. While Lucky Bucks Holdings LLC (3221) ("Holdings" and its Chapter 11 Case, the "Holdings Chapter 11 Case") previously was also a Debtor, its case has since been converted to a chapter 7 liquidation. The Debtors' primary mailing address was 5820 Live Oak Parkway, Suite 300, Norcross, Georgia 30093.

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON DECEMBER 10, 2025 AT *9:30 A.M. (ET*)
BEFORE THE HONORABLE KAREN B. OWENS, CHIEF JUDGE AT THE
UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

> **This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.**
>
> **Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**

**MATTERS GOING FORWARD**

1. Trive Defendants' Motion to Dismiss Plaintiffs' Complaint (Filed September 5, 2025) [Adv. Proceeding No. 25-50965] [Adv. Docket No. 11]

   Related Documents:

   (a) Complaint by LB NewHoldCo, LLC and its subsidiary, Lucky Bucks, LLC against Trive Capital Management LLC, Trive Capital Fund III LP, Trive Capital Fund III-A LP, TCFIII Luck LP, TCFIII Luck SPV LP, TCFIII Luck Acquisition LLC, TCFIII Luck Holdings LLC, Quantum Gaming Corp., Southern Star Gaming LLC, Shravan Thadani, Anil Damani, LBV27, LLC, Lucky Bucks Ventures, Inc., Shafik Kassam, James Boyden, Ryan Bouskill, Manu Sekhri, Seven Aces Holdings ULC, Hassan Ijaz (Filed June 2, 2025) [Adv. Docket No. 2]

   (b) (REDACTED) Complaint by LB NewHoldCo, LLC and its subsidiary, Lucky Bucks, LLC against Trive Capital Management LLC, Trive Capital Fund III LP, Trive Capital Fund III-A LP, TCFIII Luck LP, TCFIII Luck SPV LP, TCFIII Luck Acquisition LLC, TCFIII Luck Holdings LLC, Quantum Gaming Corp., Southern Star Gaming LLC, Shravan Thadani, Anil Damani, LBV27, LLC, Lucky Bucks Ventures, Inc., Shafik Kassam, James Boyden, Ryan Bouskill, Manu Sekhri, Seven Aces Holdings ULC, Hassan Ijaz (Filed June 5, 2025) [Adv. Docket No. 5]

---

[2] **Amendments appear in bold.**

    (c)    [SEALED] Memorandum of Law Memorandum of Law in Support of Trive Defendants Motion to Dismiss Plaintiffs Complaint (Filed September 5, 2025) [Adv. Docket No. 12]

    (d)    [SEALED] Declaration in Support Declaration of Ross E. Firsenbaum in Support of Trive Defendants Motion to Dismiss Plaintiffs Complaint (Filed September 5, 2025) [Adv. Docket No. 13]

    (e)    (REDACTED) Memorandum of Law Memorandum of Law in Support of Trive Defendants Motion to Dismiss Plaintiffs Complaint (Filed September 10, 2025) [Adv. Docket No. 25]

    (f)    (REDACTED) Declaration of Ross E. Firsenbaum in Support of Trive Defendants' Motion to Dismiss Plaintiffs' Complaint (Filed September 10, 2025) [Adv. Docket No. 26]

    (g)    Reply Memorandum in Support of Trive Defendants' Motion to Dismiss Plaintiffs' Complaint (Filed December 4, 2025) [Adv. Docket No. 51]

    (h)    Request for Oral Argument on Trive Defendants' Motion to Dismiss Plaintiffs' Complaint (Filed December 5, 2025) [Adv. Docket No. 57]

    (i)    Trive Defendants' Notice of Completion of Briefing Regarding Motion to Dismiss Plaintiffs' Complaint (Filed December 5, 2025) [Adv. Docket No. 58]

Response Deadline: November 4, 2025

Responses Received:

    (a)    Plaintiffs' Brief in Opposition to Defendants' Motions to Dismiss the Complaint (Filed November 4, 2025) [Adv. Docket No. 29]

Status:    This matter will be going forward.

2. Defendant Shafik Kassam's Motion to Dismiss Complaint and Joinder in Co-Defendants' Motion to Dismiss (Filed September 5, 2025) [Adv. Proceeding No. 24-50965] [Adv. Docket No. 14]

Related Pleadings:

    (a)    Complaint by LB NewHoldCo, LLC and its subsidiary, Lucky Bucks, LLC against Trive Capital Management LLC, Trive Capital Fund III LP, Trive Capital Fund III-A LP, TCFIII Luck LP, TCFIII Luck SPV LP, TCFIII Luck Acquisition LLC, TCFIII Luck Holdings LLC, Quantum Gaming Corp., Southern Star Gaming LLC, Shravan Thadani, Anil Damani, LBV27, LLC, Lucky Bucks Ventures, Inc., Shafik Kassam, James Boyden, Ryan Bouskill,

      Manu Sekhri, Seven Aces Holdings ULC, Hassan Ijaz (Filed June 2, 2025) [Adv. Docket No. 2]

  (b) (REDACTED) Complaint by LB NewHoldCo, LLC and its subsidiary, Lucky Bucks, LLC against Trive Capital Management LLC, Trive Capital Fund III LP, Trive Capital Fund III-A LP, TCFIII Luck LP, TCFIII Luck SPV LP, TCFIII Luck Acquisition LLC, TCFIII Luck Holdings LLC, Quantum Gaming Corp., Southern Star Gaming LLC, Shravan Thadani, Anil Damani, LBV27, LLC, Lucky Bucks Ventures, Inc., Shafik Kassam, James Boyden, Ryan Bouskill, Manu Sekhri, Seven Aces Holdings ULC, Hassan Ijaz (Filed June 5, 2025) [Adv. Docket No. 5]

  (c) [SEALED] Brief in Support of Defendant Shafik Kassam's Motion to Dismiss Complaint and Joinder in Co-Defendant's Motions to Dismiss (Filed September 5, 2025) [Adv. Docket No. 15]

  (d) Reply Brief in Support of Defendant Shafik Kassam's Motion to Dismiss Complaint and Joinder in Co-Defendants' Reply Briefs in Support of Motions to Dismiss (Filed December 4, 2025) [Adv. Docket No. 52]

  (e) Defendant Shafik Kassam's Request for Oral Argument (Filed December 5, 2025) [Adv. Docket No. 61]

  (f) Notice of Completion of Briefing with Regard to Defendant Shafik Kassam's Motion to Dismiss Complaint and Joinder in Co-Defendants' Motion to Dismiss (Filed December 5, 2025) [Adv. Docket No. 62]

Response Deadline: November 4, 2025

Responses Received:

  (a) Plaintiffs' Brief in Opposition to Defendants' Motions to Dismiss the Complaint (Filed November 4, 2025) [Adv. Docket No. 29]

Status: This matter will be going forward.

3. Management Defendants' Motion to Dismiss Complaint (Filed September 5, 2025) [Adv. Proceeding No. 24-50965] [Adv. Docket No. 16]

Related Pleadings:

  (a) Complaint by LB NewHoldCo, LLC and its subsidiary, Lucky Bucks, LLC against Trive Capital Management LLC, Trive Capital Fund III LP, Trive Capital Fund III-A LP, TCFIII Luck LP, TCFIII Luck SPV LP, TCFIII Luck Acquisition LLC, TCFIII Luck Holdings LLC, Quantum Gaming Corp., Southern Star Gaming LLC, Shravan Thadani, Anil Damani, LBV27, LLC, Lucky Bucks Ventures, Inc., Shafik Kassam, James Boyden, Ryan Bouskill,

|     |     |     |
| --- | --- | --- |
|     |     | Manu Sekhri, Seven Aces Holdings ULC, Hassan Ijaz (Filed June 2, 2025) [Adv. Docket No. 2] |
|     | (b) | (REDACTED) Complaint by LB NewHoldCo, LLC and its subsidiary, Lucky Bucks, LLC against Trive Capital Management LLC, Trive Capital Fund III LP, Trive Capital Fund III-A LP, TCFIII Luck LP, TCFIII Luck SPV LP, TCFIII Luck Acquisition LLC, TCFIII Luck Holdings LLC, Quantum Gaming Corp., Southern Star Gaming LLC, Shravan Thadani, Anil Damani, LBV27, LLC, Lucky Bucks Ventures, Inc., Shafik Kassam, James Boyden, Ryan Bouskill, Manu Sekhri, Seven Aces Holdings ULC, Hassan Ijaz (Filed June 5, 2025) [Adv. Docket No. 5] |
|     | (c) | Brief in Support of Management Defendants' Motion to Dismiss the Complaint (Filed September 5, 2025) [Adv. Docket No. 17] |
|     | (d) | Declaration of Jacob Fields in Support of Management Defendants' Motion to Dismiss the Complaint (Filed September 5, 2025) [Adv. Docket No. 18] |
|     | (e) | Reply Brief in Support of Management Defendants' Motion to Dismiss the Complaint (Filed December 4, 2025) [Adv. Docket No. 50] |
|     | (f) | Request for Oral Argument Regarding Management Defendants' Motion to Dismiss the First Amended Complaint (Filed December 5, 2025) [Adv. Docket No. 59] |
|     | (g) | Notice of Completion of Briefing Regarding Management Defendants' Motion to Dismiss Complaint (Filed December 5, 2025) [Adv. Docket No. 60] |

Response Deadline:  November 4, 2025

Responses Received:

|     |     |     |
| --- | --- | --- |
|     | (a) | Plaintiffs' Brief in Opposition to Defendants' Motions to Dismiss the Complaint (Filed November 4, 2025) [Adv. Docket No. 29] |

Status:    This matter will be going forward.

4. Defendants Anil Damani, Lucky Bucks Ventures, Inc., and LBV27, LLC's Motion to Dismiss Plaintiff's Complaint (Filed September 5, 2025) [Adv. Proceeding No. 24-50965] [Adv. Docket No. 19]

Related Pleadings:

|     |     |     |
| --- | --- | --- |
|     | (a) | Complaint by LB NewHoldCo, LLC and its subsidiary, Lucky Bucks, LLC against Trive Capital Management LLC, Trive Capital Fund III LP, Trive Capital Fund III-A LP, TCFIII Luck LP, TCFIII Luck SPV LP, TCFIII Luck Acquisition LLC, TCFIII Luck Holdings LLC, Quantum Gaming Corp., |

          Southern Star Gaming LLC, Shravan Thadani, Anil Damani, LBV27, LLC, Lucky Bucks Ventures, Inc., Shafik Kassam, James Boyden, Ryan Bouskill, Manu Sekhri, Seven Aces Holdings ULC, Hassan Ijaz (Filed June 2, 2025) [Adv. Docket No. 2]

(b)    (REDACTED) Complaint by LB NewHoldCo, LLC and its subsidiary, Lucky Bucks, LLC against Trive Capital Management LLC, Trive Capital Fund III LP, Trive Capital Fund III-A LP, TCFIII Luck LP, TCFIII Luck SPV LP, TCFIII Luck Acquisition LLC, TCFIII Luck Holdings LLC, Quantum Gaming Corp., Southern Star Gaming LLC, Shravan Thadani, Anil Damani, LBV27, LLC, Lucky Bucks Ventures, Inc., Shafik Kassam, James Boyden, Ryan Bouskill, Manu Sekhri, Seven Aces Holdings ULC, Hassan Ijaz (Filed June 5, 2025) [Adv. Docket No. 5]

(c)    Brief in Support of Defendants Anil Damini, Lucky Bucks Ventures, Inc. and LBV27, LLC's Motion to Dismiss Plaintiffs' Complaint (Filed September 5, 2025) [Adv. Docket No. 20]

(d)    Declaration of Jacob Fields in Support of Management Defendants' Motion to Dismiss the Complaint (Filed September 5, 2025) [Adv. Docket No. 18]

(e)    Reply Brief in Support of Defendants Anil Damani, Lucky Bucks Ventures, Inc. and LBV27, LLC's Motion to Dismiss Plaintiffs' Complaint (Filed December 4, 2025) [Adv. Docket No. 49]

(f)    **Defendants Anil Damani, Lucky Bucks Ventures, Inc. and LBV27, LLC's Notice of Completion of Briefing (Filed December 8, 2025) [Adv. Docket No. 64]**

Response Deadline:  November 4, 2025

Responses Received:

(a)    Plaintiffs' Brief in Opposition to Defendants' Motions to Dismiss the Complaint (Filed November 4, 2025) [Adv. Docket No. 29]

Status:    This matter will be going forward.

[*Remainder of Page Intentionally Left Blank*]

Dated: December 8, 2025              **COLE SCHOTZ P.C.**

By: */s/ Justin R. Alberto*
    Justin R. Alberto (No. 5126)
    Patrick J. Reilley (No. 4451)
    Stacy L. Newman (No. 5044)
    500 Delaware Avenue, Ste. 600
    Wilmington, DE 19801
    Telephone: (302) 652-3131
    Facsimile: (302) 652-3117
    Email: jalberto@coleshotz.com
    Email: preilley@coleschotz.com
    Email: snewman@coleschotz.com


    **REID COLLINS & TSAI LLP**
    William T. Reid, IV (admitted *pro hac vice*)
    Jeremy H. Wells (admitted *pro hac vice*)
    1301 S. Capital of Texas Highway, Ste. C300
    Austin, Texas 78746
    Telephone: (512) 647-6100
    Facsimile: (512) 647-6129
    Email: wreid@reidcollins.com
    Email: jwells@reidcollins.com

    Alexander J. Rigby (No. 7257)
    300 Delaware Avenue, Ste. 770
    Wilmington, DE 19801
    Telephone: (302) 467-1765
    Facsimile: (302) 467-1772
    Email: arigby@reidcollins.com

    Angela Somers (admitted *pro hac vice*)
    420 Lexington Avenue, Suite 2515
    New York, NY 10170
    Telephone: (212) 344-5200
    Facsimile: (212) 344-5299
    Email: asomers@reidcollins.com

    *Counsel for Plaintiffs LB NewHoldCo, LLC and Lucky Bucks, LLC*